**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Clean Energy Collective, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0408423** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 270927**<br>**Louisville, CO 80027**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Boulder**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://www.cleanenergyco.com/#**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Clean Energy Collective, LLC**                                          Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor   **Clean Energy Collective, LLC**
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Clean Energy Collective, LLC** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 20, 2020**
                   MM / DD / YYYY

**X** /s/ Thomas M. Jannsen             **Thomas M. Jannsen**
    Signature of authorized representative of debtor          Printed name

Title    **CEO and CFO**

**18. Signature of attorney**

**X** /s/ David V. Wadsworth           Date **November 20, 2020**
    Signature of attorney for debtor                    MM / DD / YYYY

**David V. Wadsworth 32066**
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
Firm name

**2580 West Main Street
Suite 200
Littleton, CO 80120**
Number, Street, City, State & ZIP Code

Contact phone    **303-296-1999**      Email address    **dwadsworth@wgwc-law.com**

**32066 CO**
Bar number and State

Debtor    **Clean Energy Collective, LLC**_____          Case number (*if known*)_____
          Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF COLORADO_____

Case number (*if known*)_____     Chapter   **11**___

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **CEC Development Borrower, LLC** | | Relationship to you | **subsidiary** |
|---|---|---|---|---|
| District | **Colorado** | When | **7/02/20** | Case number, if known | **20-14573 MER** |
| Debtor | **CEC Renewable Assets Development, LLC** | | Relationship to you | **subsidiary** |
| District | **Colorado** | When | **7/02/20** | Case number, if known | **20-14575 MER** |
| Debtor | **CEC Renewable Assets, LLC** | | Relationship to you | **subsidiary** |
| District | **Colorado** | When | **7/02/20** | Case number, if known | **20-14574 MER** |

**Fill in this information to identify the case:**

Debtor name    **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 20, 2020**      *X* **/s/ Thomas M. Jannsen**
     Signature of individual signing on behalf of debtor

     **Thomas M. Jannsen**
     Printed name

     **CEO and CFO**
     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Clean Energy Collective, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ameresco, Inc. 111 Speen Street, Suite 410 Framingham, MA 01701** | | **Sale price adjustment related to sales out of Clean Energy Holdco 1, LLC** | **Disputed** | | | **$3,000,000.00** |
| **Ameresco, Inc. 111 Speen Street, Suite 410 Framingham, MA 01701** | | **Invoice for services on sold projects** | | | | **$38,880.00** |
| **ANB Bank 3033 E. First Avenue Operations Suite #200 Denver, CO 80206** | | **PPP Loan** | | | | **$800,000.00** |
| **ANB Bank 3033 E. First Avenue Denver, CO 80206** | | **CEC guaranteed debt for CEC Solar #1112, LLC** | | | | **$270,000.00** |
| **Black Coral Capital, LLC 50 Milk Street, 16th Floor Boston, MA 02109** | | **Substantially all assets; First Solar also has lien on same property.** | | **$5,450,675.40** | **$1,853,055.43** | **$3,597,619.97** |
| **Black Coral Capital, LLC 110 West 7th Street, Suite 2000 Attn: Scott Rowland Tulsa, OK 74119** | | **Tax Distribution** | **Contingent Unliquidated Disputed** | | | **$43,000.00** |
| **Bonsai Communities, LLC 401 Tree Farm Drive Carbondale, CO 81623** | | **Tax Distribution** | **Contingent Unliquidated Disputed** | | | **$60,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Borrego Solar Systems, Inc. 1814 Franklin Street, Suite 700 Oakland, CA 94612** | | **Judgment** | | | | **$771,748.29** |
| **CV 363 Centennial Parkway, LLC 5291 East Yale Avenue Denver, CO 80222** | | **Rent for CO office** | | | | **$127,036.14** |
| **Exyte Energy f/k/a M+W Energy Inc 1095 Morris Ave, Suite 102 Union, NJ 07083** | | **Project Costs** | | | | **$200,000.00** |
| **First Solar Distributed Generation LLC 350 West Washington Street, Suite 600 Tempe, AZ 85281** | | **Substantially all assets; Black Coral also has lien on same property.** | | **$27,685,981.88** | **$1,853,055.43** | **$25,832,926.45** |
| **First Solar Distributed Generation, LLC 350 West Washington Street, Suite 600 Tempe, AZ 85281** | | **Tax Distribution** | **Contingent Unliquidated Disputed** | | | **$120,000.00** |
| **Great Western Bank 225 S. Main Avenue Sioux Falls, SD 57104** | | **CEC guaranteed debt of CS Solar 1, LLC** | | | | **$375,000.00** |
| **Indexed I/O, CORP 3457 Ringsby Court, Suite 215 Denver, CO 80216** | | **Data Storage - Borrego case** | | | | **$54,311.44** |
| **Paino Associates, LLC 395 Totten Pond Road, Suite 304 Wellesley Hills, MA 02481** | | **MA office lease** | **Subject to Setoff** | | | **$37,936.72** |
| **Paul Spencer 5000 Bear Ridge Road Basalt, CO 81621** | | **Severance - $82,400 Tax Distribution - $159,500** | **Contingent Unliquidated Disputed** | | | **$241,900.00** |
| **Sam Cunningham 319 S. Peak Road Boulder, CO 80302** | | **Severance** | | | | **$65,925.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**                                 Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SEIA 1425 K Street N.W., Suite 1000 Suite 400 Washington, DC 20005 | | Membership dues | | | | $43,125.00 |
| The Matt Group Ltd. 525 East 72nd Street, Apartment 14i New York, NY 10021 | | Project Origination Fees | Disputed | | | $183,308.41 |
| Willis Towers Watson Southeast, Inc. 29982 Network Place Chicago, IL 60673 | | Insurance | | | | $52,500.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   **12/15**

<table>
<tr><td colspan="3">Part 1:   <strong>Summary of Assets</strong></td></tr>
<tr>
<td>1.</td>
<td><em>Schedule A/B: Assets-Real and Personal Property</em> (Official Form 206A/B)</td>
<td></td>
</tr>
<tr>
<td></td>
<td>1a. <strong>Real property:</strong><br>Copy line 88 from <em>Schedule A/B</em>.................................................................................................</td>
<td>$ <strong>155,771.00</strong></td>
</tr>
<tr>
<td></td>
<td>1b. <strong>Total personal property:</strong><br>Copy line 91A from <em>Schedule A/B</em>.............................................................................................</td>
<td>$ <strong>1,714,584.14</strong></td>
</tr>
<tr>
<td></td>
<td>1c. <strong>Total of all property:</strong><br>Copy line 92 from <em>Schedule A/B</em>.................................................................................................</td>
<td>$ <strong>1,870,355.14</strong></td>
</tr>
</table>

<table>
<tr><td colspan="3">Part 2:   <strong>Summary of Liabilities</strong></td></tr>
<tr>
<td>2.</td>
<td><em>Schedule D: Creditors Who Have Claims Secured by Property</em> (Official Form 206D)<br>Copy the total dollar amount listed in Column A, <em>Amount of claim,</em> from line 3 of <em>Schedule D</em>.....................................</td>
<td>$ <strong>33,136,657.28</strong></td>
</tr>
<tr>
<td>3.</td>
<td><em>Schedule E/F: Creditors Who Have Unsecured Claims</em> (Official Form 206E/F)</td>
<td></td>
</tr>
<tr>
<td></td>
<td>3a. <strong>Total claim amounts of priority unsecured claims:</strong><br>Copy the total claims from Part 1 from line 5a of <em>Schedule E/F</em>.........................................................................</td>
<td>$ <strong>318,112.83</strong></td>
</tr>
<tr>
<td></td>
<td>3b. <strong>Total amount of claims of nonpriority amount of unsecured claims:</strong><br>Copy the total of the amount of claims from Part 2 from line 5b of <em>Schedule E/F</em>................................................</td>
<td>+$ <strong>6,544,146.78</strong></td>
</tr>
<tr>
<td>4.</td>
<td><strong>Total liabilities</strong> ..................................................................................................................<br>Lines 2 + 3a + 3b</td>
<td>$ <strong>39,998,916.89</strong></td>
</tr>
</table>

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Clean Energy Collective, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**　　**Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

　☐ No.  Go to Part 2.
　■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Alpine Bank** | **Checking** | **5797** | $36.49 |
| 3.2. | **ANB Bank** | **Checking** | **0582** | $2,248.64 |
| 3.3. | **ANB Bank** | **Marketing** | **3200** | $93.21 |
| 3.4. | **ANB Bank** | **Checking** | **2051** | $100.00 |
| 3.5. | **Great Western Bank** | **Checking** | **8734** | $40.88 |
| 3.6. | **Soopers Credit Unions** | **Checking** | **8816** | $14,780.49 |
| 3.7. | **ANB Bank** | **Checking** | **4442** | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**                                    Case number *(if known)* _____
         Name

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                                    | $17,299.71 |
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

         7.1.  **Escrow deposit in connection with CEC DB August 2020 asset sale.**               $300,000.00

         7.2.  **Security deposit with 367 US Route 1, Inc. for Maine office lease.**               $1,000.00

         7.3.  **Security deposit for Maine office lease.**                                         $4,742.09

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

         8.1.  **E Mentor Group subscription prepayments**                                        $22,500.00

9.       **Total of Part 2.**                                                                    | $328,242.09 |
         Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Clean Energy Collective, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

Name of entity:                          % of ownership

| | | | |
|---|---|---|---|
| 15.1. | **Alburgh Solar 1, LLC** | **100** % | **Unknown** |
| 15.2. | **Can Solar1, LLC** | **99** % | **Unknown** |
| 15.3. | **CEC Affiliates Operations and Maintenance** | **100** % | **Unknown** |
| 15.4. | **CEC Affiliates Software Revocable Trust** | **100** % | **Unknown** |
| 15.5. | **CEC Development, LLC** | **100** % | **Unknown** |
| 15.6. | **CEC LeaseHold Co. 1, LLC** | **100** % | **Unknown** |
| 15.7. | **CEC Renewable Assets, LLC** | **100** % | **Unknown** |
| 15.8. | **CEC Solar #1020, LLC** | **99** % | **Unknown** |
| 15.9. | **CEC Solar #1024, LLC** | **80** % | **Unknown** |
| 15.10. | **CEC Solar #1034, LLC** | **99** % | **Unknown** |
| 15.11. | **CEC Solar #1035, LLC** | **99** % | **Unknown** |
| 15.12. | **CEC SOLAR #1036, LLC** | **99** % | **Unknown** |
| 15.13. | **CEC Solar #1038, LLC** | **99** % | **Unknown** |
| 15.14. | **CEC SOLAR #1042, LLC** | **99** % | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**                                 Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 15.15. | **CEC Solar #1061, LLC** | **99** | % | **Unknown** |
| 15.16. | **CEC SOLAR #1112, LLC** | **99** | % | **Unknown** |
| 15.17. | **CEC Solar #1116 LLC** | **99** | % | **Unknown** |
| 15.18. | **CEC SOLAR FUND 2, LLC** | **100** | % | **Unknown** |
| 15.19. | **CEC Solar Fund 3 LLC** | **100** | % | **Unknown** |
| 15.20. | **CEC SOLAR FUND 4 LLC** | **100** | % | **Unknown** |
| 15.21. | **CEC Solar Holdings MA, LLC** | **100** | % | **Unknown** |
| 15.22. | **Clean Energy Capital Fund I, LLC** | **95** | % | **Unknown** |
| 15.23. | **Clean Energy Capital Partners I LLC** | **100** | % | **Unknown** |
| 15.24. | **Clean Energy Capital, LLC** | **100** | % | **Unknown** |
| 15.25. | **Clean Energy Collective Deposit Trust** | **100** | % | **Unknown** |
| 15.26. | **Clean Energy Community Holdco 1, LLC** | **100** | % | **Unknown** |
| 15.27. | **Clear Solar1, LLC** | **79** | % | **Unknown** |
| 15.28. | **Critical Mass LLC** | **100** | % | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**

Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 15.29. | **CS Solar1 LLC** | **99** | % | **Unknown** |
| 15.30. | **Energy Equipment Limited** | **100** | % | **Unknown** |
| 15.31. | **GC Solar1, LLC** | **80** | % | **Unknown** |
| 15.32. | **GCASA II, LLC** | **80** | % | **Unknown** |
| 15.33. | **GCASA LLC** | **99** | % | **Unknown** |
| 15.34. | **IRRV CEC LICENSED TECHNOLOGY TR FOR THE TR FACILITIES** | **100** | % | **Unknown** |
| 15.35. | **Lake Solar 1, LLC** | **99** | % | **Unknown** |
| 15.36. | **Mesa Solar1, LLC** | **99** | % | **Unknown** |
| 15.37. | **MVSA, LLC** | **100** | % | **Unknown** |
| 15.38. | **PV Solar1, LLC** | **79** | % | **Unknown** |
| 15.39. | **SMPA Solar1, LLC** | **99** | % | **Unknown** |
| 15.40. | **Summit Solar1, LLC** | **99** | % | **Unknown** |
| 15.41. | **WH Solar 1, LLC** | **99** | % | **Unknown** |
| 15.42. | **Breck Solar1, LLC** | **99** | % | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 15.43. | **CEC SOLAR #1111, LLC** | **99** % | | **Unknown** |
|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**   | **$0.00** |

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lot 1 Bradley Solar Fil No. 1** | **Fee simple** | **$151,344.00** | | **$155,771.00** |

| Debtor | **Clean Energy Collective, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

56. **Total of Part 9.** | **$155,771.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable** <br> Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br> **Milestone Payments from Cypress Creek Renewables for Delivery - NGrid BLE Charlemont A Project (Amount is estimated)** | **$493,385.80** |
| **Milestone Payments from Cypress Creek Renewables for MA - NStar Stellar Fairhaven E Project (Amount is estimated)** | **$252,327.95** |
| **Milestone Payments from Ameresco, Inc. for CT- ES Bloomfield A Project  (Amount is estimated)** | **$465,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**
      Name

Case number *(If known)* _____

**Milestone Payments from Navisun LLC for MA – NStar
Rochester EF Project  (Amount is estimated)**                    $158,328.59

---

| 78. | **Total of Part 11.** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | **$1,369,042.34** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,299.71 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $328,242.09 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.....................................................................* > | | $155,771.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,369,042.34 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,714,584.14 + 91b. | $155,771.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,870,355.14 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Clean Energy Collective, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Black Coral Capital, LLC** | Describe debtor's property that is subject to a lien | **$5,450,675.40** | **$1,853,055.43** |
|---|---|---|---|---|

**Black Coral Capital, LLC**
Creditor's Name

**50 Milk Street, 16th Floor**
**Boston, MA 02109**
Creditor's mailing address

**Substantially all assets; First Solar also has lien on same property.**

Describe the lien _____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **First Solar Distributed Generation LLC** | Describe debtor's property that is subject to a lien | $27,685,981.88 | $1,853,055.43 |
|---|---|---|---|---|

**First Solar Distributed Generation LLC**
Creditor's Name

**350 West Washington Street, Suite 600**
**Tempe, AZ 85281**
Creditor's mailing address

**Substantially all assets; Black Coral also has lien on same property.**

Describe the lien _____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Debtor  **Clean Energy Collective, LLC**                                   Case number (if known) _____
_____
Name

☑ No
☐ Yes. Specify each creditor,                    ☐ Contingent
including this creditor and its relative          ☐ Unliquidated
priority.                                         ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $33,136,657.28 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Clean Energy Collective, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**New Mexico Taxation and Revenue Departme**<br>**PO Box 25127**<br>**Santa Fe, NM 87504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.00** | **$200.00** |
| | Date or dates debt was incurred<br>**3/1/2020** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Paul Spencer**<br>**5000 Bear Ridge Road**<br>**Basalt, CO 81621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$241,900.00** | **$13,650.00** |
| | Date or dates debt was incurred<br>**3/31/2020** | Basis for the claim:<br>**Severance - $82,400**<br>**Tax Distribution - $159,500** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Clean Energy Collective, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,925.00 | $13,650.00 |
|---|---|---|---|---|

**Sam Cunningham**
**319 S. Peak Road**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/31/2020** | **Severance** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.17 | $160.17 |
|---|---|---|---|---|

**Town of West Haven**
**PO Box 1611**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/31/2020** | **property taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,950.00 | $7,950.00 |
|---|---|---|---|---|

**Vermont Department of Taxes**
**133 State Street**
**Montpelier, VT 05602**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/1/2020** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,977.66 | $1,977.66 |
|---|---|---|---|---|

**Wisconsin Dept of Revenue**
**PO Box 930208**
**Milwaukee, WI 53293**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **9/16/2020** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address**
**367 US Route 1, Inc.**
**198 Saco Avenue**
**Old Orchard Beach, ME 04064**

Date(s) debt was incurred  **4/22/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$8,550.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent for Maine Office**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
**Alpine Environmental Consultants-James U**
**PO Box 145**
**Montgomery, NY 12549**

Date(s) debt was incurred  **4/15/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$262.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
**Ameresco, Inc.**
**111 Speen Street, Suite 410**
**Framingham, MA 01701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$3,000,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Sale price adjustment related to sales out of Clean Energy Holdco 1, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
**Ameresco, Inc.**
**111 Speen Street, Suite 410**
**Framingham, MA 01701**

Date(s) debt was incurred  **8/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$38,880.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Invoice for services on sold projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
**ANB Bank**
**3033 E. First Avenue**
**Operations Suite #200**
**Denver, CO 80206**

Date(s) debt was incurred  **4/15/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$800,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
**ANB Bank**
**3033 E. First Avenue**
**Denver, CO 80206**

Date(s) debt was incurred  **7/23/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CEC Trustee Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
**ANB Bank**
**3033 E. First Avenue**
**Denver, CO 80206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$270,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CEC guaranteed debt for CEC Solar #1112, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Clean Energy Collective, LLC**
_____   Case number (*if known*) _____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,714.67 |
|---|---|---|---|

**AT&T-CPS**
**PO Box 5011**
**Carol Stream, IL 60197**

**Date(s) debt was incurred  10/25/2019**

**Last 4 digits of account number  3013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  T1 service to project site - contract may be in CEC name**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | $7,057.05 |
|---|---|---|---|

**Baker and Hostetler LLP**
**PO Box 70189**
**Cleveland, OH 44190**

**Date(s) debt was incurred  2/17/2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $5,000.00 |
|---|---|---|---|

**Bart Rupert**
**1136 Nestling Court**
**Gulf Breeze, FL 32563**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Tax Distribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $43,000.00 |
|---|---|---|---|

**Black Coral Capital, LLC**
**110 West 7th Street, Suite 2000**
**Attn: Scott Rowland**
**Tulsa, OK 74119**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Tax Distribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | | $10,000.00 |
|---|---|---|---|

**Blue Fish**
**920 Dauphin Street**
**Mobile, AL 36604**

**Date(s) debt was incurred  2/14/2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Software Development Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | | $60,000.00 |
|---|---|---|---|

**Bonsai Communities, LLC**
**401 Tree Farm Drive**
**Carbondale, CO 81623**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Tax Distribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | $771,748.29 |
|---|---|---|---|

**Borrego Solar Systems, Inc.**
**1814 Franklin Street, Suite 700**
**Oakland, CA 94612**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | |
| | Name | | |

**3.15** | Nonpriority creditor's name and mailing address | | $2,282.90

**Capital Business Systems Inc**
PO Box 508
Cheyenne, WY 82003

Date(s) debt was incurred  **2/19/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **copier maintenance contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | | $59.00

**Charter Communications**
PO Box 60187
Los Angeles, CA 90060

Date(s) debt was incurred  **8/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **internet Auburn and Maine offices**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | | $35,000.00

**Coalition for Community Solar Access**
1380 Monroe Street, NW #721
Washington, DC 20010

Date(s) debt was incurred  **3/4/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | | $5,745.00

**Colorado Solar & Storage Association**
1536 Wynkoop St Ste 104
Denver, CO 80202

Date(s) debt was incurred  **2/27/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | | $2,520.31

**Comcast**
PO Box 34744
Seattle, WA 98124

Date(s) debt was incurred  **8/21/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Broadband for office plus cancel fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | | $753.00

**Commissioner of Taxation & Finance**
328 State Street, Rm 331
Schenectady, NY 12305

Date(s) debt was incurred  **7/23/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NY Work Comp**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | | $944.00

**Crayon Software Experts LLC**
12221 Merit Drive, Suite 800
Dallas, TX 75251

Date(s) debt was incurred  **2/26/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,036.14** |
|---|---|---|---|

**CV 363 Centennial Parkway, LLC**
**5291 East Yale Avenue**
**Denver, CO 80222**

Date(s) debt was incurred  5/20/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for CO office**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**David Marrs**
**0528 Larkspur Drive**
**Carbondale, CO 81623**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Tax Distrbiution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,341.50** |
|---|---|---|---|

**Dentons US LLP**
**PO Box Dept 3078**
**Carol Stream, IL 60132**

Date(s) debt was incurred  7/31/1010

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trademark filing fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,150.00** |
|---|---|---|---|

**ECAD, Inc**
**PO Box 51507**
**Midland, TX 79710**

Date(s) debt was incurred  2/18/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$312.22** |
|---|---|---|---|

**Experian - Information Solutions, Inc.**
**PO Box 881971**
**Los Angeles, CA 90088**

Date(s) debt was incurred  7/23/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Exyte Energy f/k/a M+W Energy Inc**
**1095 Morris Ave, Suite 102**
**Union, NJ 07083**

Date(s) debt was incurred  6/26/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project Costs**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$702.17** |
|---|---|---|---|

**FedEx**
**PO Box 17212**
**Wilmington, DE 19850**

Date(s) debt was incurred  6/25/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Clean Energy Collective, LLC**                                            Case number (if known) _____
         Name

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |
|---|---|---|---|

**First Solar Distributed Generation, LLC**
**350 West Washington Street, Suite 600**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Tax Distribution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Fuse Energy**
**12 Winding Way**
**PO Box 333**
**Groton, MA 01450**

Date(s) debt was incurred __3/25/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Independent Sales Rep fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,567.59** |
|---|---|---|---|

**Goddard Consulting**
**291 Main Street**
**Suite 8**
**Northborough, MA 01532**

Date(s) debt was incurred __5/12/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375,000.00** |
|---|---|---|---|

**Great Western Bank**
**225 S. Main Avenue**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CEC guaranteed debt of CS Solar 1, LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,897.14** |
|---|---|---|---|

**Great-West Trust Company LLC**
**PO Box 561148**
**Denver, CO 80256**

Date(s) debt was incurred __10/22/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __401K Quarterly Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.86** |
|---|---|---|---|

**Green Mountain Power**
**PO Box 1611**
**Carol Stream, IL 60197**

Date(s) debt was incurred __10/31/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility connection__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,311.44** |
|---|---|---|---|

**Indexed I/O, CORP**
**3457 Ringsby Court, Suite 215**
**Denver, CO 80216**

Date(s) debt was incurred __1/31/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Data Storage - Borrego case__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.36** |
|---|---|---|---|

**Infinisource Benefit Services**
PO Box 889
Coldwater, MI 49036

Date(s) debt was incurred  **8/25/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$376.42** |
|---|---|---|---|

**Iron Mountain, Inc.**
PO Box 915004
Dallas, TX 75391

Date(s) debt was incurred  **2/29/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shredding Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.54** |
|---|---|---|---|

**Jackson Lewis PC**
PO Box 416019
Boston, MA 02241

Date(s) debt was incurred  **4/14/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jerian Hunter**
422 S Centerville Road
Middletown, NY 10940

Date(s) debt was incurred  **1/3/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project Costs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.03** |
|---|---|---|---|

**LogMeIn Inc**
PO Box 50264
Los Angeles, CA 90074

Date(s) debt was incurred  **3/19/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Marcum LLP**
6685 Beta Dr
Cleveland, OH 44143

Date(s) debt was incurred  **2/29/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software audit fees for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Maria Flores DBA Azores Cleaning**
82 Wheatland Street
Somerville, MA 02145

Date(s) debt was incurred  **3/1/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning MA office**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,167.98**

**Masergy Cloud**
**PO Box 733939**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2020**

Basis for the claim:  **Telephone service provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00**

**Meltwater News US Inc**
**Dept LA 23721**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2020**

Basis for the claim:  **Marketing subscription**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,389.16**

**Microsoft Corporation**
**1950 N Stemmons Fwy**
**Suite 5010 LB 842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2020**

Basis for the claim:  **data storage fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239.79**

**Minnesota Revenue**
**Mail Station 1765**
**Saint Paul, MN 55145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2020**

Basis for the claim:  **tax and accounting**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,225.14**

**National Grid (Newark)**
**PO Box 11737**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2020**

Basis for the claim:  **MA office suplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**NEC Community Lender, LLC**
**Brandywine Plaza West**
**1521 Concord Pike (US 202), Suite 301**
**Wilmington, DE 19803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tax Distribution**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,185.74**

**New York State Dept of Environment Conse**
**701 S Main Street**
**Northville, NY 12134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/2019**

Basis for the claim:  **Authorization Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Northeast Clean Energy Council**
**250 Summer Street**
**5th Floor**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/14/2020**

**Basis for the claim:**  **Membership Dues**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.80 |
|---|---|---|---|

**Northwest Parkway**
**3701 Northwest Parkway**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2020**

**Basis for the claim:**  **Tolls**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**NY SEIA**
**PO Box 1523**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2019**

**Basis for the claim:**  **Membership Dues**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.00 |
|---|---|---|---|

**NYS Workers Compensation Board**
**328 State St, Rm 331**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2020**

**Basis for the claim:**  **Non Compliance Fee**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.20 |
|---|---|---|---|

**NYSIF Disability Benefits**
**PO Box 5239**
**New York, NY 10008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2020**

**Basis for the claim:**  **Disability Benefits**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Outreach Corporation**
**3400 Stone Way N., Suite 201**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2020**

**Basis for the claim:**  **Annual Fees**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,936.72 |
|---|---|---|---|

**Paino Associates, LLC**
**395 Totten Pond Road, Suite 304**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2020**

**Basis for the claim:**  **MA office lease**

Last 4 digits of account number  _ _

Is the claim subject to offset? ☐ No  ■ Yes

---

Debtor   **Clean Energy Collective, LLC**                                Case number (if known) _____
Name

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**Pinnacle Energy**
**PO Box 176**
**Jefferson, MA 01522**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Sales Rep fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | | **$47.05** |
|---|---|---|---|

**Pinnacle Investigations**
**920 N. Argonne Road, Suite 200**
**Spokane, WA 99212**

Date(s) debt was incurred  **3/1/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Background checks**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | | **$303.25** |
|---|---|---|---|

**Pitney Bowes Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250**

Date(s) debt was incurred  **9/11/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage Meter**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | | **$14,510.50** |
|---|---|---|---|

**Plante & Moran, PLLC**
**16060 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **6/11/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **tax and accounting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | | **$9,600.00** |
|---|---|---|---|

**Prime Engineering Inc**
**PO Box 1088**
**Lakeville, MA 02347**

Date(s) debt was incurred  **2/27/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | | **$3,150.00** |
|---|---|---|---|

**Quest Energy Solutions**
**93 Stafford Street Ste 202**
**Worcester, MA 01603**

Date(s) debt was incurred  **3/3/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Sales Rep fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | **$258.52** |
|---|---|---|---|

**Ram Computer Supply Inc**
**14901 East Hampden Avenue, Suite 315**
**Aurora, CO 80014**

Date(s) debt was incurred  **2/4/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.00** |
|---|---|---|---|

**Ready ReFresh**
PO Box 856192
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2020**

Basis for the claim:  **MA water subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,154.14** |
|---|---|---|---|

**Robert N. Thornton**
1166 Linda Ave
Ashland, OR 97520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2020**

Basis for the claim:  **Consulting Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.25** |
|---|---|---|---|

**Roy W. Penny, Jr. PC**
1129 E 17th Avenue
Denver, CO 80218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,641.09** |
|---|---|---|---|

**SalesForce.com**
PO Box 203141
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2020**

Basis for the claim:  **Annual software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,125.00** |
|---|---|---|---|

**SEIA**
1425 K Street N.W., Suite 1000
Suite 400
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2020**

Basis for the claim:  **Membership dues**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Single Source Energy Solutions, Inc**
7 Bay Cliff Circle
Plymouth, MA 02360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2020**

Basis for the claim:  **Independent Sales Rep fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,005.90** |
|---|---|---|---|

**Solar Power Financial**
30 S. 31st Street
Boulder, CO 80305

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/4/2020**

Basis for the claim:  **Project Origination Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Clean Energy Collective, LLC**                                  Case number (if known) _____
_____
Name

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230.00** |
|---|---|---|---|

**Some Like It Green**
**8773 West Iliff Lane**
**Denver, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2020**

Basis for the claim:  **CO office plant care**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$367.70** |
|---|---|---|---|

**Source Office & Technology**
**13350 West 43rd Drive**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2020**

Basis for the claim:  **Office Supplies**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.00** |
|---|---|---|---|

**Survey Monkey**
**One Curiosity Way**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/7/2017**

Basis for the claim:  **Subscription**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Taylored Feats Inc.**
**7439 Ivy Hills Place, #201**
**Cincinnati, OH 45244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2020**

Basis for the claim:  **Consulting fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**The Energy Executives, LLC**
**1028 Boulevard Suite 301**
**West Hartford, CT 06119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/9/2020**

Basis for the claim:  **Membership Dues**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183,308.41** |
|---|---|---|---|

**The Matt Group Ltd.**
**525 East 72nd Street, Apartment 14i**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/25/2019**

Basis for the claim:  **Project Origination Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,527.42** |
|---|---|---|---|

**Thomson Reuters-West**
**PO Box 6292**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2020**

Basis for the claim:  **Legal research library**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $71.46 |
|---|---|---|---|
| | **Time Warner Cable (Spectrum)**<br>**PO Box 4617**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/2/2020 | **Basis for the claim:**  ME office broadband | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,393.18 |
|---|---|---|---|
| | **Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/31/2020 | **Basis for the claim:**  telephone service provider | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $294.11 |
|---|---|---|---|
| | **Vernon Electric Co-Op**<br>**110 Saugstad Road**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/1/2020 | **Basis for the claim:**  Utility Connection | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,160.84 |
|---|---|---|---|
| | **Willis of North Carolina Inc.**<br>**29754 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/30/2020 | **Basis for the claim:**  Insurance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52,500.00 |
|---|---|---|---|
| | **Willis Towers Watson Southeast, Inc.**<br>**29982 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/30/2020 | **Basis for the claim:**  Insurance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 318,112.83 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,544,146.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,862,259.61 |

| |

|

| Fill in this information to identify the case: |
|---|

Debtor name   **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real property - building at 367 US Route 1, Falmouth, ME 04104** | |
| | State the term remaining | **October 14, 2021** | **367 US Route 1 Inc.** |
| | List the contract number of any government contract | _____ | **198 Saco Avenue** **Old Orchard Beach, ME 04064** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **CT-ES Bloomfield A Project** | |
| | State the term remaining | | **Ameresco, Inc.** |
| | List the contract number of any government contract | _____ | **111 Speen Street, Suite 410** **Framingham, MA 01701** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Residential Real Property for building at Suite 300, 363 Centennial Parkway, Souisville, Colorado 80027** | |
| | State the term remaining | **April 2025** | **CV 363 Centennial Parkway, LLC** |
| | List the contract number of any government contract | _____ | **5291 East Yale Avenue** **Denver, CO 80222** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **NGrid BLE Charlemont A Project** | |
| | State the term remaining | | **Cypress Creek Renewables,LLC** |
| | List the contract number of any government contract | _____ | **3402 Pico Boulevard** **Santa Monica, CA 90405** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Clean Energy Collective, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **MA -NStar Stellar Fairhaven E Project** | |
|---|---|---|---|
| | State the term remaining | | **Cypress Creek Renewables,LLC 3402 Pico Boulevard Santa Monica, CA 90405** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for provision of IT support and services.** | |
|---|---|---|---|
| | State the term remaining | | **Justin Reed 1010 Alsace Way Lafayette, CO 80026** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **MA-NStar Rochester EF Project** | |
|---|---|---|---|
| | State the term remaining | | **Navisun LLC Attn: Douglas Johnson 39 Grace Street New Canaan, CT 06840** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **PowerGP Online Subscription** | |
|---|---|---|---|
| | State the term remaining | **October 31, 2021** | **Njevity, Inc. 9250 E. Costilla Avenue, Suite 400 Englewood, CO 80112** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **PowerGP Online Subscription - Fixed Fee Services** | |
|---|---|---|---|
| | State the term remaining | **March 31, 2021** | **Njevity, Inc. 9250 E. Costilla Avenue, Suite 400 Englewood, CO 80112** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Residential Real Property - building located at 27B Midstate Drive, Midstate Office Par, Auburn, MA 01501** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2022** | **Paino Associates, LLC 395 Totten Pond Road, Suite 304 Wellesley Hills, MA 02481** |

Debtor 1  **Clean Energy Collective, LLC**                                   Case number *(if known)*  _____
First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any
government contract          _____

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Service** | |
|---|---|---|---|
| | State the term remaining | **August 11, 2021** | **Smartsheet Inc.**<br>**10500 NE 8th Street, Suite 1300**<br>**Bellevue, WA 98004** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alburgh Solar 1 LLC** | **Guarantor** | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Alburgh Solar 1, LLC** | **Guarantor** | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **CE Services, LLC** | **Guarantor** | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **CE Services, LLC** | **Guarantor** | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **CEC Development, LLC** | **Guarantor** | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Clean Energy Collective, LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | Codebtor | | Creditor | D / E-F / G |
|---|---|---|---|---|
| 2.6 | **CEC Development, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **CEC Renewable Assets, LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **CEC Renewable Assets, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **CEC Solar #1112, LLC** | | **ANB Bank** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.10 | **CEC Solar Fund 3 LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **CEC Solar Fund 3 LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **CEC Solar Fund 4, LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **CEC Solar Fund 4, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Clean Energy Collective, LLC**                          Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **CEC Solar Holdings MA, LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **CEC Solar Holdings MA, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 | **Clean Energy Capital, LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.17 | **Clean Energy Capital, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.18 | **Clean Energy Community Holdco 1, LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.19 | **Clean Energy Community Holdco 1, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.20 | **Community Solar Platform LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 | **Community Solar Platform LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **Clean Energy Collective, LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **CS Solar 1, LLC** | | **Great Western Bank** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.23 | **Energy Equipment Limited** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Energy Equipment Limited** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Renewable Holdings 1, LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Renewable Holdings 1, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Renewable Parent, LLC** | Guarantor | **First Solar Distributed Generation LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Renewable Parent, LLC** | Guarantor | **Black Coral Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name **Clean Energy Collective, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$502,511.50** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$14,888,482.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$37,591,760.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Clean Energy Collective, LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.**   **CIGNA Edge** | **10/20/2020**<br>**$9059.01**<br>**9/22/2020**<br>**$8,210.85**<br>**8/20/2020**<br>**$26617.09** | **$43,886.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Ongoing invoices**<br>**based on the contract with the**<br>**healthcare provider** |
| **3.2.**   **EMentorGroup LLC** | **10/22/2020**<br>**$18,000**<br>**10/9/2020**<br>**$36,000** | **$54,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Prepayment of ongoing**<br>**services required to achieve**<br>**milestone obligations to earn**<br>**future incoming payments from**<br>**CCR. See Schedule A/B at 8.1.** |
| **3.3.**   **Great-West Trust Company LLC**<br>**PO Box 561148**<br>**Denver, CO 80256** | **10/9/2020**<br>**$2,225.53**<br>**9/28/2020**<br>**$1,977.66**<br>**9/16/2020**<br>**$1,977.66**<br>**9/2/2020**<br>**$1,977.66** | **$8,158.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transfer of funds**<br>**withheld from employees for**<br>**their contributions to the 401K**<br>**plan - in essence these were**<br>**amounts held in trust to be**<br>**remitted to Great-West** |
| **3.4.**   **Justin Reed**<br>**1010 Alsace Way**<br>**Lafayette, CO 80026** | **10/21/2020**<br>**$1,200**<br>**9/25/2020**<br>**$3,000**<br>**9/3/2020**<br>**$3,000** | **$7,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payments for ongoing**<br>**IT services** |
| **3.5.**   **Njevity, Inc.**<br>**9250 E. Costilla Avenue, Suite 400**<br>**Englewood, CO 80112** | **11/4/2020**<br>**$2,549.50**<br>**11/4/2020**<br>**$1,700**<br>**10/2/2020**<br>**$5,214.50**<br>**9/2/2020**<br>**$5,214.50** | **$14,678.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Monthly fee for**<br>**accounting software** |
| **3.6.**   **Plante & Moran, PLLC**<br>**16060 Collections Center Drive**<br>**Chicago, IL 60693** | **11/18/2020**<br>**$24,950**<br>**10/16/2020**<br>**$25,425** | **$50,375.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Tax preparation fees**<br>**for 2019 income tax filings** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **Willis Towers Watson Southeast, Inc.**<br>**29982 Network Place**<br>**Chicago, IL 60673** | 11/18/2020<br>$6,495.49<br>10/16/2020<br>$7,460.73 | $13,956.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premiums payments** |
| 3.8. **Paycom**<br>**4601 DTC Blvd., Suite 1025**<br>**Denver, CO 80237** | 8/24/2020<br>$29,392.33<br>9/8/2020<br>$34,468.01<br>9/22/2020<br>$30,456.74<br>10/6/2020<br>$33,665.82<br>10/20/2020<br>$22,696.65<br>11/3/2020<br>$27,911.22<br>11/17/2020<br>$147,249.63 | $325,840.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee payroll including remittance of tax deposits to the taxing authorities** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor   **Clean Energy Collective, LLC**                                Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Clean Energy Collective LLC v. Borrego Solar Systems, Inc., and 1115 Solar Development, LLC**<br>**2016CV30545** | | **District Court, Boulder County Colorado**<br>**1777 6th Street**<br>**Boulder, CO 80302** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Clean Energy Collective, LLC**                                     Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C. 2580 West Main Street Suite 200 Littleton, CO 80120** | **$8,445.50 was applied to pre-petition services, leaving a balance of $45,227.90 on the filing date.** | **11/1 and 11/18/20** | **$53,673.40** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Community Solar Platform Holdings, LLC 30 N. Gould Street, Suite R Sheridan, WY 82801** | **membership interests in Community Solar Platform LLC and associated items** | **June 10, 2020** | **$1.00** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **363 Centennial Parkway, 3rd Floor Louisville, CO 80027** | **October 2014 to August 31, 2020** |
| 14.2. | **146 West Boylston Drive Worcester, MA 01606** | **December 2014 through December 2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **Clean Energy Collective, LLC**                                     Case number *(if known)*

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   **Social Security numbers for all REC customers**

   Does the debtor have a privacy policy about that information?
   ☑ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Clean Energy Collective 401(K) Plan** | EIN: **27-04088423** |

   Has the plan been terminated?
   ☐ No
   ☑ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | **Clean Energy Collective, LLC** | Case number *(if known)* |
|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Superior Self Storage**<br>**7542 W Coal Creek Drive**<br>**Louisville, CO 80027** | **Thomas M. Jannsen, CPA**<br>**Alyssa Tobias**<br>**Salvador Torres** | **Records and some equipment parts.** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**                    Case number *(if known)*

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **See Attachment** | | **EIN:** |
| | | **From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Plante & Moran, PLLC**<br>**8181 E. Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Njevity, Inc.**<br>**9250 E. Costilla Avenue, Suite 400**<br>**Englewood, CO 80112** | |
| 26c.2.   **Thomas Jannsen**<br>**1599 Redwing Lane**<br>**Broomfield, CO 80020** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Willis Towers Watson Southeast, Inc.**<br>**29982 Network Place**<br>**Chicago, IL 60673** |
| 26d.2.   **Brevet Capital Advisors**<br>**230 Park Avenue, Suite 1525**<br>**New York, NY 10001** |
| 26d.3.   **First Solar Distributed Generation, LLC**<br>**350 West Washington Street, Suite 600**<br>**Attn: Richard Romero**<br>**Tempe, AZ 85281** |
| 26d.4.   **Black Coral Capital, LLC**<br>**110 West 7th Street, Suite 2000**<br>**Attn: Scott Rowland**<br>**Tulsa, OK 74119** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Clean Energy Collective, LLC**                                    Case number *(if known)*

| Name and address |
|---|
| 26d.5. | **Zions Bank**<br>**1 South Main Street**<br>**Salt Lake City, UT 84133** |
| 26d.6. | **ANB Bank**<br>**3033 E. First Avenue**<br>**Denver, CO 80206** |
| 26d.7. | **Great Western Bank**<br>**225 S. Main Avenue**<br>**Sioux Falls, SD 57104** |
| 26d.8. | **Goldman Sachs** |
| 26d.9. | **KeyBank**<br>**127 Public Square**<br>**Cleveland, OH 44114** |
| 26d.10. | **Consolidated Edison of New York, Inc.**<br>**Att. Law Department**<br>**4 Irving Place RM 1875**<br>**New York, NY 10003** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Roitman | c/o NAI CEC Holdings, Inc.<br>100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| David Roitman | c/o NAI CEC Holdings, Inc.<br>100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Robert Sheard | c/o NAI CEC Holdings, Inc.<br>100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| NAI CEC Holdings, Inc. | 100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | 51% ownership interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Thomas Jannsen | 1599 Redwing Lane<br>Broomfield, CO 80020 | CFO, CEO & Director | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**   Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Sweeney | 825 7th Street Boulder, CO 80302 | Director | 1.23% ownership interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tom Sweeney | 825 7th Street Boulder, CO 80302 | President and CEO | CEO 3/31/2020 through 8/6/2020 President 3/1/2012 through 8/6/2020 |
| Paul Spencer | 5000 Bear Ridge Road Basalt, CO 81621 | CEO and Director | through 3/31/2020 |
| Bart Rupert | 1318 Greening Avenue Erie, CO 80516 | Chief Information Officer | through 6/10/2020 |
| Sam Cunningham | 319 S. Peak Road Boulder, CO 80302 | Chief Legal Officer | through 3/31/2020 |
| Katherine Worden | 4926 Fountain Street Boulder, CO 80304 | Chief Legal Officer | 3/31/2020-8/6/2020 |
| Melinda Walker | 1498 Amherst Street Louisville, CO 80027 | Chief Legal Officer | 8/6/2020 through 9/30/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **Clean Energy Collective, LLC**                               Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Paul Spencer**<br>**PO Box 270754**<br>**Louisville, CO 80027**<br><br>**Relationship to debtor**<br>**Former CEO and Director** | **$181,317.24** | **11/19/19 through 11/18/20** | **Compensation** |
| 30.2. | **Tom Sweeney**<br>**825 7th Street**<br>**Boulder, CO 80302**<br><br>**Relationship to debtor**<br>**Former President, CEO and Director** | **$282,861.64** | **11/19/19 through 11/18/20** | **Compensation** |
| 30.3. | **Bart Rupert**<br>**1318 Greening Avenue**<br>**Erie, CO 80516**<br><br>**Relationship to debtor**<br>**Former Chief Information Officer** | **$191,392.87** | **11/19/19 through 11/18/20** | **Compensation** |
| 30.4. | **Sam Cunningham**<br>**319 S. Peak Road**<br>**Boulder, CO 80302**<br><br>**Relationship to debtor**<br>**Former Chief Legal Officer** | **$144,810.90** | **11/19/19 through 11/18/20** | **Compensation** |
| 30.5. | **Thomas Jannsen**<br>**1599 Redwing Lane**<br>**Broomfield, CO 80020**<br><br>**Relationship to debtor**<br>**CFO, CEO and Director** | **$279,256.90** | **11/19/19 through 11/18/20** | **Compensation** |
| 30.6. | **Katherine Worden**<br>**4926 Fountain Street**<br>**Boulder, CO 80304**<br><br>**Relationship to debtor**<br>**Former Chief Legal Officer** | **$133,861.41** | **11/19/19 through 11/18/20** | **Compensation** |
| 30.7. | **Melinda Walker**<br>**1498 Amherst Street**<br>**Louisville, CO 80027**<br><br>**Relationship to debtor**<br>**Former Chief Legal Officer** | **$112,092.34** | **11/19/19 through 11/18/20** | **Compensation** |

Debtor   **Clean Energy Collective, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **NAI CEC Holdings, Inc. 100 Saint Paul Street, Suite 305 Englewood, CO 80111** | **$90,147.32** | **11/19/19 through 11/18/20** | **Compensation** |
| | **Relationship to debtor 51% equity owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Clean Energy Collective, LLC** | EIN:   **27-0408423** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 20, 2020**

**/s/ Thomas M. Jannsen**                                    **Thomas M. Jannsen**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **CEO and CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re    **Clean Energy Collective, LLC**
                                           Case No.
                        Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **See Attached** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO and CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 20, 2020**

Signature    **/s/ Thomas M. Jannsen**
                 **Thomas M. Jannsen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Colorado

In re   **Clean Energy Collective, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 20, 2020**

**/s/ Thomas M. Jannsen**

**Thomas M. Jannsen**/CEO and CFO
Signer/Title