Fill in this information to identify the case:

Debtor name: **Clean Energy Collective, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ameresco, Inc.<br>111 Speen Street, Suite 410<br>Framingham, MA 01701 | | Sale price adjustment related to sales out of Clean Energy Holdco 1, LLC | Disputed | | | $3,000,000.00 |
| Ameresco, Inc.<br>111 Speen Street, Suite 410<br>Framingham, MA 01701 | | Invoice for services on sold projects | | | | $38,880.00 |
| ANB Bank<br>3033 E. First Avenue Operations Suite #200<br>Denver, CO 80206 | | PPP Loan | | | | $800,000.00 |
| ANB Bank<br>3033 E. First Avenue<br>Denver, CO 80206 | | CEC guaranteed debt for CEC Solar #1112, LLC | | | | $270,000.00 |
| Black Coral Capital, LLC<br>50 Milk Street, 16th Floor<br>Boston, MA 02109 | | Substantially all assets; First Solar also has lien on same property. | | $5,450,675.40 | $1,853,055.43 | $3,597,619.97 |
| Black Coral Capital, LLC<br>110 West 7th Street, Suite 2000<br>Attn: Scott Rowland<br>Tulsa, OK 74119 | | Tax Distribution | Contingent<br>Unliquidated<br>Disputed | | | $43,000.00 |
| Bonsai Communities, LLC<br>401 Tree Farm Drive<br>Carbondale, CO 81623 | | Tax Distribution | Contingent<br>Unliquidated<br>Disputed | | | $60,000.00 |

Debtor **Clean Energy Collective, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Borrego Solar Systems, Inc.**<br>1814 Franklin Street, Suite 700<br>Oakland, CA 94612 | | **Judgment** | | | | $771,748.29 |
| **CV 363 Centennial Parkway, LLC**<br>5291 East Yale Avenue<br>Denver, CO 80222 | | **Rent for CO office** | | | | $127,036.14 |
| **Exyte Energy f/k/a M+W Energy Inc**<br>1095 Morris Ave, Suite 102<br>Union, NJ 07083 | | **Project Costs** | | | | $200,000.00 |
| **First Solar Distributed Generation LLC**<br>350 West Washington Street, Suite 600<br>Tempe, AZ 85281 | | **Substantially all assets; Black Coral also has lien on same property.** | | $27,685,981.88 | $1,853,055.43 | $25,832,926.45 |
| **First Solar Distributed Generation, LLC**<br>350 West Washington Street, Suite 600<br>Tempe, AZ 85281 | | **Tax Distribution** | **Contingent Unliquidated Disputed** | | | $120,000.00 |
| **Great Western Bank**<br>225 S. Main Avenue<br>Sioux Falls, SD 57104 | | **CEC guaranteed debt of CS Solar 1, LLC** | | | | $375,000.00 |
| **Indexed I/O, CORP**<br>3457 Ringsby Court, Suite 215<br>Denver, CO 80216 | | **Data Storage - Borrego case** | | | | $54,311.44 |
| **Paino Associates, LLC**<br>395 Totten Pond Road, Suite 304<br>Wellesley Hills, MA 02481 | | **MA office lease** | **Subject to Setoff** | | | $37,936.72 |
| **Paul Spencer**<br>5000 Bear Ridge Road<br>Basalt, CO 81621 | | **Severance - $82,400**<br>**Tax Distribution - $159,500** | **Contingent Unliquidated Disputed** | | | $241,900.00 |
| **Sam Cunningham**<br>319 S. Peak Road<br>Boulder, CO 80302 | | **Severance** | | | | $65,925.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **Clean Energy Collective, LLC**  Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SEIA**<br>1425 K Street N.W.,<br>Suite 1000<br>Suite 400<br>Washington, DC 20005 | | **Membership dues** | | | | $43,125.00 |
| **The Matt Group Ltd.**<br>525 East 72nd Street, Apartment 14i<br>New York, NY 10021 | | **Project Origination Fees** | **Disputed** | | | $183,308.41 |
| **Willis Towers Watson Southeast, Inc.**<br>29982 Network Place<br>Chicago, IL 60673 | | **Insurance** | | | | $52,500.00 |