**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: __Clean Energy Collective LLC__                    Case #: _____

First Name          Middle Name          Last Name

Debtor 2: _____          Chapter: _____

First Name          Middle Name          Last Name

## Local Bankruptcy Form 1007-7.1
## Disclosure Regarding Receivers

**Check applicable box and complete the applicable sections.**

**Part 1**   **Disclosure**

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

☒   No receiver is in possession of debtor's property.

☐   A receiver is in possession of all or part of the debtor's property:

Identification (by address or legal description) of property: _____

Name of creditor: _____

Name of receiver: _____

Address for receiver: _____

Telephone number for receiver: _____

Attorney for receiver, if applicable: _____

Address for attorney for receiver, if applicable: _____

Telephone number for attorney for receiver, if applicable: _____

Date of appointment of receiver: _____

Court appointing receiver: _____

Case Number for court appointing receiver: _____

**Part 2**   **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: November 20, 2020

By: _/s/David V. Wadsworth_____
    David V. Wadsworth

Bar Number (if applicable): _32066_
Mailing Address: _2580 W. Main St., Suite 200_
    _Littleton, CO 80120_
Telephone number: _(303) 296-1999_
Facsimile number: _(303) 296-7600_
E-mail address: _dwadsworth@wgwc-law.com_