**Fill in this information to identify the case:**

Debtor name  **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **20-17543**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Black Coral Capital, LLC**
Creditor's Name

**110 West 7th Street, Suite 2000**
**Attn: Scott Rowland**
**Tulsa, OK 74119**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Substantially all assets; First Solar also has lien on same property.**

Describe the lien

Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$5,450,675.40**  Value of collateral: **$1,853,055.43**

**2.2 First Solar Distributed Generation LLC**
Creditor's Name

**350 West Washington Street, Suite 600**
**Tempe, AZ 85281**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Substantially all assets; Black Coral also has lien on same property.**

Describe the lien

Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$27,685,981.88**  Value of collateral: **$1,853,055.43**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor  **Clean Energy Collective, LLC**

Name

Case number (if known)  **20-17543**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $33,136,657.28

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-17543**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**New Mexico Taxation and Revenue Departme**<br>**PO Box 25127**<br>**Santa Fe, NM 87504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.00** | **$200.00** |
| | Date or dates debt was incurred<br>**3/1/2020** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Paul Spencer**<br>**5000 Bear Ridge Road**<br>**Basalt, CO 81621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$241,900.00** | **$13,650.00** |
| | Date or dates debt was incurred<br>**3/31/2020** | Basis for the claim:<br>**Severance - $82,400**<br>**Tax Distribution - $159,500** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                51109                                    Best Case Bankruptcy

| Debtor | Clean Energy Collective, LLC | Case number (if known) | 20-17543 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,925.00 | $13,650.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Sam Cunningham**
**319 S. Peak Road**
**Boulder, CO 80302**

As of the petition filing date, the claim is:      **$65,925.00**    **$13,650.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Severance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Town of West Haven**
**PO Box 1611**
**Carol Stream, IL 60197**

As of the petition filing date, the claim is:      **$160.17**    **$160.17**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2020**

Basis for the claim:
**property taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Vermont Department of Taxes**
**133 State Street**
**Montpelier, VT 05602**

As of the petition filing date, the claim is:      **$7,950.00**    **$7,950.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/1/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

**Wisconsin Dept of Revenue**
**PO Box 930208**
**Milwaukee, WI 53293**

As of the petition filing date, the claim is:      **$1,977.66**    **$1,977.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/16/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

  **3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                        **Amount of claim**

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|

Name

---

**3.1** Nonpriority creditor's name and mailing address
**367 US Route 1, Inc.**
**198 Saco Avenue**
**Old Orchard Beach, ME 04064**

Date(s) debt was incurred  **4/22/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for Maine Office**

Is the claim subject to offset? ☐ No ■ Yes

**$8,550.00**

---

**3.2** Nonpriority creditor's name and mailing address
**Alpine Environmental Consultants-James U**
**PO Box 145**
**Montgomery, NY 12549**

Date(s) debt was incurred  **4/15/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$262.80**

---

**3.3** Nonpriority creditor's name and mailing address
**Ameresco, Inc.**
**111 Speen Street, Suite 410**
**Framingham, MA 01701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Sale price adjustment related to sales out of Clean Energy Holdco 1, LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000,000.00**

---

**3.4** Nonpriority creditor's name and mailing address
**Ameresco, Inc.**
**111 Speen Street, Suite 410**
**Framingham, MA 01701**

Date(s) debt was incurred  **8/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice for services on sold projects**

Is the claim subject to offset? ■ No ☐ Yes

**$38,880.00**

---

**3.5** Nonpriority creditor's name and mailing address
**ANB Bank**
**3033 E. First Avenue**
**Operations Suite #200**
**Denver, CO 80206**

Date(s) debt was incurred  **4/15/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$800,000.00**

---

**3.6** Nonpriority creditor's name and mailing address
**ANB Bank**
**3033 E. First Avenue**
**Denver, CO 80206**

Date(s) debt was incurred  **7/23/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CEC Trustee Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.7** Nonpriority creditor's name and mailing address
**ANB Bank**
**3033 E. First Avenue**
**Denver, CO 80206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CEC guaranteed debt for CEC Solar #1112, LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$270,000.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,714.67**

**AT&T-CPS**
**PO Box 5011**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2019**

Basis for the claim:  **T1 service to project site - contract may be in CEC name**

Last 4 digits of account number  **3013**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,057.05**

**Baker and Hostetler LLP**
**PO Box 70189**
**Cleveland, OH 44190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2020**

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Bart Rupert**
**1136 Nestling Court**
**Gulf Breeze, FL 32563**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Tax Distribution**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,000.00**

**Black Coral Capital, LLC**
**110 West 7th Street, Suite 2000**
**Attn: Scott Rowland**
**Tulsa, OK 74119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Tax Distribution**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Blue Fish**
**920 Dauphin Street**
**Mobile, AL 36604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2020**

Basis for the claim:  **Software Development Fees**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

**Bonsai Communities, LLC**
**401 Tree Farm Drive**
**Carbondale, CO 81623**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Tax Distribution**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$771,748.29**

**Borrego Solar Systems, Inc.**
**1814 Franklin Street, Suite 700**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Judgment**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,282.90** |
|---|---|---|---|
| | **Capital Business Systems Inc**<br>PO Box 508<br>Cheyenne, WY 82003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/19/2020** | Basis for the claim: **copier maintenance contract** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59.00** |
|---|---|---|---|
| | **Charter Communications**<br>PO Box 60187<br>Los Angeles, CA 90060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/1/2020** | Basis for the claim: **internet Auburn and Maine offices** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|
| | **Coalition for Community Solar Access**<br>1380 Monroe Street, NW #721<br>Washington, DC 20010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/4/2020** | Basis for the claim: **Membership Dues** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,745.00** |
|---|---|---|---|
| | **Colorado Solar & Storage Association**<br>1536 Wynkoop St Ste 104<br>Denver, CO 80202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/27/2020** | Basis for the claim: **Membership Dues** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,520.31** |
|---|---|---|---|
| | **Comcast**<br>PO Box 34744<br>Seattle, WA 98124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/21/2020** | Basis for the claim: **Broadband for office plus cancel fee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$753.00** |
|---|---|---|---|
| | **Commissioner of Taxation & Finance**<br>328 State Street, Rm 331<br>Schenectady, NY 12305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/23/2020** | Basis for the claim: **NY Work Comp** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$944.00** |
|---|---|---|---|
| | **Crayon Software Experts LLC**<br>12221 Merit Drive, Suite 800<br>Dallas, TX 75251 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/26/2020** | Basis for the claim: **Software Subscription** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**
**CV 363 Centennial Parkway, LLC**
**5291 East Yale Avenue**
**Denver, CO 80222**

Date(s) debt was incurred  5/20/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent for CO office

Is the claim subject to offset? ☐ No  ☐ Yes

$127,036.14

---

**3.23**

**Nonpriority creditor's name and mailing address**
**David Marrs**
**0528 Larkspur Drive**
**Carbondale, CO 81623**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Tax Distrbiution

Is the claim subject to offset? ☐ No  ☐ Yes

$10,000.00

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Dentons US LLP**
**PO Box Dept 3078**
**Carol Stream, IL 60135**

Date(s) debt was incurred  7/31/1010

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trademark filing fees

Is the claim subject to offset? ☐ No  ☐ Yes

$9,341.50

---

**3.25**

**Nonpriority creditor's name and mailing address**
**ECAD, Inc**
**PO Box 51507**
**Midland, TX 79710**

Date(s) debt was incurred  2/18/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software Subscription

Is the claim subject to offset? ■ No  ☐ Yes

$2,150.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Experian - Information Solutions, Inc.**
**PO Box 881971**
**Los Angeles, CA 90088**

Date(s) debt was incurred  7/23/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Subscription

Is the claim subject to offset? ☐ No  ☐ Yes

$312.22

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Exyte Energy f/k/a M+W Energy Inc**
**1095 Morris Ave, Suite 102**
**Union, NJ 07083**

Date(s) debt was incurred  6/26/2018

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Project Costs

Is the claim subject to offset? ☐ No  ☐ Yes

$200,000.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
**FedEx**
**PO Box 17212**
**Wilmington, DE 19850**

Date(s) debt was incurred  6/25/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Shipping

Is the claim subject to offset? ■ No  ☐ Yes

$702.17

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120,000.00**

**First Solar Distributed Generation, LLC**
**350 West Washington Street, Suite 600**
**Tempe, AZ 85281**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tax Distribution**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,000.00**

**Fuse Energy**
**12 Winding Way**
**PO Box 333**
**Groton, MA 01450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2020**

Last 4 digits of account number __

Basis for the claim:  **Independent Sales Rep fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,567.59**

**Goddard Consulting**
**291 Main Street**
**Suite 8**
**Northborough, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2020**

Last 4 digits of account number __

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375,000.00**

**Great Western Bank**
**225 S. Main Avenue**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CEC guaranteed debt of CS Solar 1, LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,897.14**

**Great-West Trust Company LLC**
**PO Box 561148**
**Denver, CO 80256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/2020**

Last 4 digits of account number __

Basis for the claim:  **401K Quarterly Fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.86**

**Green Mountain Power**
**PO Box 1611**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2020**

Last 4 digits of account number __

Basis for the claim:  **Utility connection**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,311.44**

**Indexed I/O, CORP**
**3457 Ringsby Court, Suite 215**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2020**

Last 4 digits of account number __

Basis for the claim:  **Data Storage - Borrego case**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.36**

**Infinisource Benefit Services**
**PO Box 889**
**Coldwater, MI 49036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/2020**

Last 4 digits of account number __

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$376.42**

**Iron Mountain, Inc.**
**PO Box 915004**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/29/2020**

Last 4 digits of account number __

Basis for the claim:  **Shredding Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.54**

**Jackson Lewis PC**
**PO Box 416019**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/14/2020**

Last 4 digits of account number __

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Jerian Hunter**
**422 S Centerville Road**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2019**

Last 4 digits of account number __

Basis for the claim:  **Project Costs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.03**

**LogMeIn Inc**
**PO Box 50264**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2020**

Last 4 digits of account number __

Basis for the claim:  **Software Subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Marcum LLP**
**6685 Beta Dr**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/29/2020**

Last 4 digits of account number __

Basis for the claim:  **Software audit fees for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Maria Flores DBA Azores Cleaning**
**82 Wheatland Street**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2020**

Last 4 digits of account number __

Basis for the claim:  **Cleaning MA office**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,167.98**
---|---|---|---

**Masergy Cloud**
**PO Box 733939**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2020**

Basis for the claim:  **Telephone service provider**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00**

**Meltwater News US Inc**
**Dept LA 23721**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2020**

Basis for the claim:  **Marketing subscription**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,389.16**

**Microsoft Corporation**
**1950 N Stemmons Fwy**
**Suite 5010 LB 842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2020**

Basis for the claim:  **data storage fees**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239.79**

**Minnesota Revenue**
**Mail Station 1765**
**Saint Paul, MN 55145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2020**

Basis for the claim:  **tax and accounting**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,225.14**

**National Grid (Newark)**
**PO Box 11737**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2020**

Basis for the claim:  **MA office suplies**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**NEC Community Lender, LLC**
**Brandywine Plaza West**
**1521 Concord Pike (US 202), Suite 301**
**Wilmington, DE 19803**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Tax Distribution**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,185.74**

**New York State Dept of Environment Conse**
**701 S Main Street**
**Northville, NY 12134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/2019**

Basis for the claim:  **Authorization Fees**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|---|---|---|---|

**Northeast Clean Energy Council**
**250 Summer Street**
**5th Floor**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/14/2020

**Basis for the claim:**  **Membership Dues**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.80** |
|---|---|---|---|

**Northwest Parkway**
**3701 Northwest Parkway**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/12/2020

**Basis for the claim:**  **Tolls**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00** |
|---|---|---|---|

**NY SEIA**
**PO Box 1523**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2019

**Basis for the claim:**  **Membership Dues**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$503.00** |
|---|---|---|---|

**NYS Workers Compensation Board**
**328 State St, Rm 331**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/15/2020

**Basis for the claim:**  **Non Compliance Fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$216.20** |
|---|---|---|---|

**NYSIF Disability Benefits**
**PO Box 5239**
**New York, NY 10008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/20/2020

**Basis for the claim:**  **Disability Benefits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Outreach Corporation**
**333 Elliott Avenue W #500**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/27/2020

**Basis for the claim:**  **Annual Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,936.72** |
|---|---|---|---|

**Paino Associates, LLC**
**395 Totten Pond Road, Suite 304**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2020

**Basis for the claim:**  **MA office lease**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Pinnacle Energy**
**PO Box 176**
**Jefferson, MA 01522**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Sales Rep fees**

Is the claim subject to offset? ■ No  ☐ Yes

$2,250.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Pinnacle Investigations**
**920 N. Argonne Road, Suite 200**
**Spokane, WA 99212**

Date(s) debt was incurred  **3/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Background checks**

Is the claim subject to offset? ■ No  ☐ Yes

$47.05

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250**

Date(s) debt was incurred  **9/11/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage Meter**

Is the claim subject to offset? ■ No  ☐ Yes

$303.25

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Plante & Moran, PLLC**
**16060 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **6/11/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **tax and accounting**

Is the claim subject to offset? ■ No  ☐ Yes

$14,510.50

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Prime Engineering Inc**
**PO Box 1088**
**Lakeville, MA 02347**

Date(s) debt was incurred  **2/27/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$9,600.00

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Quest Energy Solutions**
**93 Stafford Street Ste 202**
**Worcester, MA 01603**

Date(s) debt was incurred  **3/3/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Sales Rep fees**

Is the claim subject to offset? ■ No  ☐ Yes

$3,150.00

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Ram Computer Supply Inc**
**14901 East Hampden Avenue, Suite 315**
**Aurora, CO 80014**

Date(s) debt was incurred  **2/4/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$258.52

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**
Name

Case number (if known)   **20-17543**

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |
|---|---|---|---|

**Ready ReFresh**
**PO Box 856192**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2020**

Basis for the claim:  **MA water subscription**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,154.14 |
|---|---|---|---|

**Robert N. Thornton**
**1166 Linda Ave**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2020**

Basis for the claim:  **Consulting Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.25 |
|---|---|---|---|

**Roy W. Penny, Jr. PC**
**1129 E 17th Avenue**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,641.09 |
|---|---|---|---|

**SalesForce.com**
**PO Box 203141**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2020**

Basis for the claim:  **Annual software subscription**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,125.00 |
|---|---|---|---|

**SEIA**
**1425 K Street N.W., Suite 1000**
**Suite 400**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2020**

Basis for the claim:  **Membership dues**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Single Source Energy Solutions, Inc**
**7 Bay Cliff Circle**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2020**

Basis for the claim:  **Independent Sales Rep fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,005.90 |
|---|---|---|---|

**Solar Power Financial**
**30 S. 31st Street**
**Boulder, CO 80305**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/4/2020**

Basis for the claim:  **Project Origination Fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address

**Some Like It Green**
**8773 West Iliff Lane**
**Denver, CO 80227**

Date(s) debt was incurred  **4/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CO office plant care**

Is the claim subject to offset? ■ No ☐ Yes

$230.00

---

**3.72** | Nonpriority creditor's name and mailing address

**Source Office & Technology**
**13350 West 43rd Drive**
**Golden, CO 80403**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

$367.70

---

**3.73** | Nonpriority creditor's name and mailing address

**Survey Monkey**
**One Curiosity Way**
**San Mateo, CA 94403**

Date(s) debt was incurred  **11/7/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subscription**

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.74** | Nonpriority creditor's name and mailing address

**Taylored Feats Inc.**
**7439 Ivy Hills Place, #201**
**Cincinnati, OH 45244**

Date(s) debt was incurred  **2/16/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting fees**

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

**3.75** | Nonpriority creditor's name and mailing address

**The Energy Executives, LLC**
**1028 Boulevard Suite 301**
**West Hartford, CT 06119**

Date(s) debt was incurred  **1/9/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership Dues**

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.76** | Nonpriority creditor's name and mailing address

**The Matt Group Ltd.**
**525 East 72nd Street, Apartment 14i**
**New York, NY 10021**

Date(s) debt was incurred  **4/25/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Project Origination Fees**

Is the claim subject to offset? ■ No ☐ Yes

$183,308.41

---

**3.77** | Nonpriority creditor's name and mailing address

**Thomson Reuters-West**
**PO Box 6292**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal research library**

Is the claim subject to offset? ■ No ☐ Yes

$22,527.42

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.46** |
|---|---|---|---|
| | **Time Warner Cable (Spectrum)** | ☐ Contingent | |
| | **PO Box 4617** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred  7/2/2020 | Basis for the claim:  ME office broadband | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,393.18** |
|---|---|---|---|
| | **Verizon Wireless** | ☐ Contingent | |
| | **PO Box 660108** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0108** | ☐ Disputed | |
| | Date(s) debt was incurred  10/31/2020 | Basis for the claim:  telephone service provider | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$294.11** |
|---|---|---|---|
| | **Vernon Electric Co-Op** | ☐ Contingent | |
| | **110 Saugstad Road** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred  10/1/2020 | Basis for the claim:  Utility Connection | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,160.84** |
|---|---|---|---|
| | **Willis of North Carolina Inc.** | ☐ Contingent | |
| | **29754 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred  6/30/2020 | Basis for the claim:  Insurance | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,500.00** |
|---|---|---|---|
| | **Willis Towers Watson Southeast, Inc.** | ☐ Contingent | |
| | **29982 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred  1/30/2020 | Basis for the claim:  Insurance | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 318,112.83 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,544,146.78 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 6,862,259.61 |

**Fill in this information to identify the case:**

Debtor name __**Clean Energy Collective, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**20-17543**__

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alburgh Solar 1 LLC** | **PO Box 270927 Louisville, CO 80027 Guarantor** | **First Solar Distributed Generation LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Alburgh Solar 1, LLC** | **PO Box 270927 Louisville, CO 80027 Guarantor** | **Black Coral Capital, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **CE Services, LLC** | **PO Box 270927 Louisville, CO 80027 Guarantor** | **First Solar Distributed Generation LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **CE Services, LLC** | **PO Box 270927 Louisville, CO 80027 Guarantor** | **Black Coral Capital, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **CEC Development, LLC** | **PO Box 270927 Louisville, CO 80027 Guarantor** | **First Solar Distributed Generation LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Clean Energy Collective, LLC** | | Case number *(if known)* | **20-17543** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **CEC Development, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |
| 2.7 | **CEC Renewable Assets, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **First Solar Distributed Generation LLC** | ■ D  **2.2** ☐ E/F ____ ☐ G ____ |
| 2.8 | **CEC Renewable Assets, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |
| 2.9 | **CEC Solar #1112, LLC** | PO Box 270927 Louisville, CO 80027 | **ANB Bank** | ☐ D ____ ■ E/F  **3.7** ☐ G ____ |
| 2.10 | **CEC Solar Fund 3 LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **First Solar Distributed Generation LLC** | ■ D  **2.2** ☐ E/F ____ ☐ G ____ |
| 2.11 | **CEC Solar Fund 3 LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |
| 2.12 | **CEC Solar Fund 4, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **First Solar Distributed Generation LLC** | ■ D  **2.2** ☐ E/F ____ ☐ G ____ |
| 2.13 | **CEC Solar Fund 4, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |

| Debtor | **Clean Energy Collective, LLC** | Case number *(if known)* | **20-17543** |

---

◼ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **CEC Solar Holdings MA, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **First Solar Distributed Generation LLC** | ◼ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.15 | **CEC Solar Holdings MA, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.16 | **Clean Energy Capital, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **First Solar Distributed Generation LLC** | ◼ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.17 | **Clean Energy Capital, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.18 | **Clean Energy Community Holdco 1, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **First Solar Distributed Generation LLC** | ◼ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.19 | **Clean Energy Community Holdco 1, LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.20 | **Community Solar Platform LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **First Solar Distributed Generation LLC** | ◼ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.21 | **Community Solar Platform LLC** | PO Box 270927 Louisville, CO 80027 Guarantor | **Black Coral Capital, LLC** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Clean Energy Collective, LLC** | | Case number *(if known)* | **20-17543** |

---

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **CS Solar 1, LLC** | PO Box 270927<br>Louisville, CO 80027 | **Great Western Bank** | ☐ D _____<br>■ E/F ___3.32___<br>☐ G _____ |
| 2.23 | **Energy Equipment Limited** | PO Box 270927<br>Louisville, CO 80027<br>Guarantor | **First Solar Distributed Generation LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Energy Equipment Limited** | PO Box 270927<br>Louisville, CO 80027<br>Guarantor | **Black Coral Capital, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Renewable Holdings 1, LLC** | PO Box 270927<br>Louisville, CO 80027<br>Guarantor | **First Solar Distributed Generation LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Renewable Holdings 1, LLC** | PO Box 270927<br>Louisville, CO 80027-2000<br>Guarantor | **Black Coral Capital, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Renewable Parent, LLC** | PO Box 270927<br>Louisville, CO 80027<br>Guarantor | **First Solar Distributed Generation LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Renewable Parent, LLC** | PO Box 270927<br>Louisville, CO 80027<br>Guarantor | **Black Coral Capital, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Clean Energy Collective, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-17543**

☒ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*   **D, E/F and H**
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/25/2020            X _____
                                        Signature of individual signing on behalf of debtor

                                        **Thomas M. Jannsen**
                                        Printed name

                                        **CEO and CFO**
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**