| Fill in this information to identify the case: |
|---|

Debtor name    **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **20-17543**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$502,511.50** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$14,888,482.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$37,591,760.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Clean Energy Collective, LLC**                                        Case number *(if known)*  **20-17543**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.**   **CIGNA Edge** | **10/20/2020**<br>**$9059.01**<br>**9/22/2020**<br>**$8,210.85**<br>**8/20/2020**<br>**$26617.09** | **$43,886.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Ongoing invoices**<br>**based on the contract with the**<br>**healthcare provider** |
| **3.2.**   **EMentorGroup LLC** | **10/22/2020**<br>**$18,000**<br>**10/9/2020**<br>**$36,000** | **$54,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Prepayment of ongoing**<br>**services required to achieve**<br>**milestone obligations to earn**<br>**future incoming payments from**<br>**CCR.  See Schedule A/B at 8.1.** |
| **3.3.**   **Great-West Trust Company LLC**<br>**PO Box 561148**<br>**Denver, CO 80256** | **10/9/2020**<br>**$2,225.53**<br>**9/28/2020**<br>**$1,977.66**<br>**9/16/2020**<br>**$1,977.66**<br>**9/2/2020**<br>**$1,977.66** | **$8,158.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transfer of funds**<br>**withheld from employees for**<br>**their contributions to the 401K**<br>**plan - in essence these were**<br>**amounts held in trust to be**<br>**remitted to Great-West** |
| **3.4.**   **Justin Reed**<br>**1010 Alsace Way**<br>**Lafayette, CO 80026** | **10/21/2020**<br>**$1,200**<br>**9/25/2020**<br>**$3,000**<br>**9/3/2020**<br>**$3,000** | **$7,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payments for ongoing**<br>**IT services** |
| **3.5.**   **Njevity, Inc.**<br>**9250 E. Costilla Avenue, Suite 400**<br>**Englewood, CO 80112** | **11/4/2020**<br>**$2,549.50**<br>**11/4/2020**<br>**$1,700**<br>**10/2/2020**<br>**$5,214.50**<br>**9/2/2020**<br>**$5,214.50** | **$14,678.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Monthly fee for**<br>**accounting software** |
| **3.6.**   **Plante & Moran, PLLC**<br>**16060 Collections Center Drive**<br>**Chicago, IL 60693** | **11/18/2020**<br>**$24,950**<br>**10/16/2020**<br>**$25,425** | **$50,375.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Tax preparation fees**<br>**for 2019 income tax filings** |

Debtor  **Clean Energy Collective, LLC**                                    Case number *(if known)* **20-17543**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. **Willis Towers Watson Southeast, Inc.**<br>**29982 Network Place**<br>**Chicago, IL 60673** | 11/18/2020<br>$6,495.49<br>10/16/2020<br>$7,460.73 | $13,956.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premiums payments** |
| 3.8. **Paycom**<br>**4601 DTC Blvd., Suite 1025**<br>**Denver, CO 80237** | 8/24/2020<br>$29,392.33<br>9/8/2020<br>$34,468.01<br>9/22/2020<br>$30,456.74<br>10/6/2020<br>$33,665.82<br>10/20/2020<br>$22,696.65<br>11/3/2020<br>$27,911.22<br>11/17/2020<br>$147,249.63 | $325,840.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee payroll including remittance of tax deposits to the taxing authorities** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **ANB Bank**<br>**3033 E. First Avenue**<br>**Denver, CO 80206** | **CEC pledged $100,000 cash against the loan in anticipation of the sale of the assets in the entity CEC Solar #1112, LLC to a third party by the end of October and the sale did not close. so the bank offset the pledged amount from the Debtor's account.**<br>Last 4 digits of account number: _____ | 11/17/2020 | $100,000.00 |

**Part 3:**  **Legal Actions or Assignments**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | Case number *(if known)* | **20-17543** |
| --- | --- | --- | --- |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Clean Energy Collective LLC v. Borrego Solar Systems, Inc., and 1115 Solar Development, LLC**<br>2016CV30545 | | **District Court, Boulder County Colorado**<br>**1777 6th Street**<br>**Boulder, CO 80302** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Clean Energy Collective, LLC | | Case number *(if known)*   20-17543 |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wadsworth Garber Warner Conrardy, P.C. 2580 West Main Street Suite 200 Littleton, CO 80120 | $8,445.50 was applied to pre-petition services, leaving a balance of $45,227.90 on the filing date. | 11/1 and 11/18/20 | $53,673.40 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Community Solar Platform Holdings, LLC 30 N. Gould Street, Suite R Sheridan, WY 82801 | membership interests in Community Solar Platform LLC and associated items | June 10, 2020 | $1.00 |
| | Relationship to debtor | | | |
| 13.2. | Luiz Pinheiro 4406 E. 118th Ct. Denver, CO 80233 | 2015 Ford F150.  Buyer sent funds directly to Ford Credit to payoff and buy the truck.  The total purchase price was the loan payoff. | 6/4/2020 | $7,701.51 |
| | Relationship to debtor None | | | |
| 13.3. | Various Third Parties | Desks | 7/11/19; 1/29/19 | $4,440.00 |
| | Relationship to debtor None | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  **Clean Energy Collective, LLC**                                          Case number *(if known)*  **20-17543**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4. | **Various Third Parties** | **Office Furniture** | **8/23/19;<br>10/8/19; 7/9/20;<br>7/17/20; 8/7/20;<br>8/27/20; 8/28/20** | **$13,970.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.5. | **BCinteriors<br>3550 Frontier Avenue<br>Suite C2<br>Boulder, CO 80301** | **Office Furniture** | **9/20/19;<br>7/31/20;<br>8/31/20; 9/16/20** | **$13,900.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.6. | **Superior Self Storage<br>7542 W Coal Creek Drive.<br>Louisville, CO 80027** | **Office Furniture** | **7/15/20** | **$421.00** |
| | **Relationship to debtor**<br>**None** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **363 Centennial Parkway, 3rd Floor<br>Louisville, CO 80027** | **October 2014 to August 31, 2020** |
| 14.2. | **146 West Boylston Drive<br>Worcester, MA 01606** | **December 2014 through December<br>2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

| Debtor | Clean Energy Collective, LLC | Case number *(if known)* | 20-17543 |
| --- | --- | --- | --- |

**Social Security numbers for all REC customers**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Clean Energy Collective 401(K) Plan** | EIN: **27-04088423** |

Has the plan been terminated?

☐ No

☑ Yes

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Superior Self Storage 7542 W Coal Creek Drive Louisville, CO 80027** | **Thomas M. Jannsen, CPA Alyssa Tobias Salvador Torres** | **Records and some equipment parts.** | ☐ No ☑ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | | Case number *(if known)* | **20-17543** |
|---|---|---|---|---|

not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **See Attachment** | | **EIN:** |
| | | **From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

---

| Debtor | **Clean Energy Collective, LLC** | Case number *(if known)* | **20-17543** |
|---|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Plante & Moran, PLLC**<br>**8181 E. Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Njevity, Inc.**<br>**9250 E. Costilla Avenue, Suite 400**<br>**Englewood, CO 80112** | |
| 26c.2. | **Thomas Jannsen**<br>**1599 Redwing Lane**<br>**Broomfield, CO 80020** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Willis Towers Watson Southeast, Inc.**<br>**29982 Network Place**<br>**Chicago, IL 60673** |
| 26d.2. | **Brevet Capital Advisors**<br>**230 Park Avenue, Suite 1525**<br>**New York, NY 10001** |
| 26d.3. | **First Solar Distributed Generation, LLC**<br>**350 West Washington Street, Suite 600**<br>**Attn: Richard Romero**<br>**Tempe, AZ 85281** |
| 26d.4. | **Black Coral Capital, LLC**<br>**110 West 7th Street, Suite 2000**<br>**Attn: Scott Rowland**<br>**Tulsa, OK 74119** |
| 26d.5. | **Zions Bank**<br>**1 South Main Street**<br>**Salt Lake City, UT 84133** |
| 26d.6. | **ANB Bank**<br>**3033 E. First Avenue**<br>**Denver, CO 80206** |
| 26d.7. | **Great Western Bank**<br>**225 S. Main Avenue**<br>**Sioux Falls, SD 57104** |
| 26d.8. | **Goldman Sachs** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Clean Energy Collective, LLC**                                    Case number *(if known)*  **20-17543**

| Name and address | |
|---|---|
| 26d.9. | **KeyBank**<br>**127 Public Square**<br>**Cleveland, OH 44114** |
| 26d.10. | **Consolidated Edison of New York, Inc.**<br>**Att. Law Department**<br>**4 Irving Place RM 1875**<br>**New York, NY 10003** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Roitman | c/o NAI CEC Holdings, Inc.<br>100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | |
| David Roitman | c/o NAI CEC Holdings, Inc.<br>100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | |
| Robert Sheard | c/o NAI CEC Holdings, Inc.<br>100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | |
| NAI CEC Holdings, Inc. | 100 Saint Paul Street, Suite 305<br>Englewood, CO 80111 | Director | 51% ownership interest |
| Thomas Jannsen | 1599 Redwing Lane<br>Broomfield, CO 80020 | CFO, CEO & Director | |
| Tom Sweeney | 825 7th Street<br>Boulder, CO 80302 | Director | 1.23% ownership interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

Debtor    **Clean Energy Collective, LLC**                                    Case number *(if known)* **20-17543**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tom Sweeney | 825 7th Street Boulder, CO 80302 | President and CEO | CEO 3/31/2020 through 8/6/2020 President 3/1/2012 through 8/6/2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul Spencer | 5000 Bear Ridge Road Basalt, CO 81621 | CEO and Director | through 3/31/2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bart Rupert | 1318 Greening Avenue Erie, CO 80516 | Chief Information Officer | through 6/10/2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sam Cunningham | 319 S. Peak Road Boulder, CO 80302 | Chief Legal Officer | through 3/31/2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Katherine Worden | 4926 Fountain Street Boulder, CO 80304 | Chief Legal Officer | 3/31/2020-8/6/2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Melinda Walker | 1498 Amherst Street Louisville, CO 80027 | Chief Legal Officer | 8/6/2020 through 9/30/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐　No

■　Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Paul Spencer** PO Box 270754 Louisville, CO 80027 | $181,317.24 | 11/19/19 through 11/18/20 | Compensation |
| | **Relationship to debtor** Former CEO and Director | | | |
| 30.2. | **Tom Sweeney** 825 7th Street Boulder, CO 80302 | $282,861.64 | 11/19/19 through 11/18/20 | Compensation |
| | **Relationship to debtor** Former President, CEO and Director | | | |

| Debtor | **Clean Energy Collective, LLC** | | Case number *(if known)* **20-17543** |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Bart Rupert**<br>**1318 Greening Avenue**<br>**Erie, CO 80516** | **$191,392.87** | **11/19/19 through 11/18/20** | **Compensation** |
| | Relationship to debtor<br>**Former Chief Information Officer** | | | |
| 30.4. | **Sam Cunningham**<br>**319 S. Peak Road**<br>**Boulder, CO 80302** | **$144,810.90** | **11/19/19 through 11/18/20** | **Compensation** |
| | Relationship to debtor<br>**Former Chief Legal Officer** | | | |
| 30.5. | **Thomas Jannsen**<br>**1599 Redwing Lane**<br>**Broomfield, CO 80020** | **$279,256.90** | **11/19/19 through 11/18/20** | **Compensation** |
| | Relationship to debtor<br>**CFO, CEO and Director** | | | |
| 30.6. | **Katherine Worden**<br>**4926 Fountain Street**<br>**Boulder, CO 80304** | **$133,861.41** | **11/19/19 through 11/18/20** | **Compensation** |
| | Relationship to debtor<br>**Former Chief Legal Officer** | | | |
| 30.7. | **Melinda Walker**<br>**1498 Amherst Street**<br>**Louisville, CO 80027** | **$112,092.34** | **11/19/19 through 11/18/20** | **Compensation** |
| | Relationship to debtor<br>**Former Chief Legal Officer** | | | |
| 30.8. | **NAI CEC Holdings, Inc.**<br>**100 Saint Paul Street, Suite 305**<br>**Englewood, CO 80111** | **$90,147.32** | **11/19/19 through 11/18/20** | **Compensation** |
| | Relationship to debtor<br>**51% equity owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Clean Energy Collective, LLC** | **EIN:** **27-0408423** |

Debtor   **Clean Energy Collective, LLC**          Case number *(if known)*  **20-17543**

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

---

**Part 14:**   **Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 18, 2021**

_____                    **Thomas M. Jannsen**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **CEO and CFO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name     **Clean Energy Collective, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     **20-17543**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................     $    155,771.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................     $    1,714,584.14

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................     $    1,870,355.14

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................     $    33,136,657.28

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................     $    724.70

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................     +$    6,851,654.81

4.  **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b     $    39,989,036.79

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Clean Energy Collective, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-17543**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Alpine Bank** | **Checking** | **5797** | $36.49 |
| 3.2. | **ANB Bank** | **Checking** | **0582** | $2,248.64 |
| 3.3. | **ANB Bank** | **Marketing** | **3200** | $93.21 |
| 3.4. | **ANB Bank** | **Checking** | **2051** | $100.00 |
| 3.5. | **Great Western Bank** | **Checking** | **8734** | $40.88 |
| 3.6. | **Soopers Credit Unions** | **Checking** | **8816** | $14,780.49 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | | Case number *(If known)* **20-17543** | |
|---|---|---|---|---|
| | Name | | | |

| 3.7. | **ANB Bank** | **Checking** | **4442** | **$0.00** |
|---|---|---|---|---|

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$17,299.71** |
|---|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Escrow deposit in connection with CEC DB August 2020 asset sale.** | **$300,000.00** |
|---|---|---|
| 7.2. | **Security deposit with 367 US Route 1, Inc. for Maine office lease.** | **$1,000.00** |
| 7.3. | **Security deposit for Maine office lease.** | **$4,742.09** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **E Mentor Group subscription prepayments** | **$22,500.00** |
|---|---|---|

9.     **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.

| | **$328,242.09** |
|---|---|

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |

| Debtor | **Clean Energy Collective, LLC** | Case number *(If known)* **20-17543** |
|---|---|---|
| | Name | |

**15.**      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                              % of ownership

     15.1.    **See Attachment**              %                     **Unknown**

---

**16.**      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**      **Total of Part 4.**

         Add lines 14 through 16. Copy the total to line 83.                         | **$0.00** |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

     ■ No. Go to Part 6.
     ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No. Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ■ No. Go to Part 8.
     ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No. Go to Part 9.
     ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ■ Yes Fill in the information below.

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Entity Name | Nature of Business | Debtor's Ownership Interest in Entity | Business Description |
|---|---|---|---|
| ALBURGH SOLAR 1, LLC | Intermediate Subsidiary | **100% ownership** | Holding company for interest held in two solar operating LLCs. |
| Blackstone Community Solar MA 1, LLC | Project Company | **100% ownership** | No assets, project did not get developed. |
| Can Solar1, LLC | Project Company | 99.78% ownership | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Affiliates Operations and Maintenance Revocable Trust | CEC Wholly Owned | **100% ownership** | O&M Trust that is managed by ANB Bank - ANB holds funds in trust on behalf of various CEC managed operating solar arrays. |
| CEC Affiliates Software Revocable Trust | CEC Wholly Owned | **100% ownership** | Software trust - software sold previously - company has funds on deposit. |
| CEC Development, LLC | CEC Wholly Owned | **100% ownership** | Holding company that held 100% ownership of selected LLCs that held leases, contracts, permits for projects under development.  The company has no remaining assets or projects LLCs under development. |
| CEC Framework HoldCo AM, LLC | HoldCo | **100% owned by CEC Development Borrower, LLC** | Company was formed but had no activity. |
| CEC Framework HoldCo PR, LLC | HoldCo | **100% owned by CEC Development Borrower, LLC** | Company was formed but had no activity. |
| CEC LeaseHold Co. 1, LLC | Intermediate Subsidiary | 100% ownership | No assets or liabilities in LLC or activity |
| CEC RAD MN, LLC | HoldCo | 100% ownership | Company was formed but had no activity. |
| CEC Renewable Assets Development, LLC | Intermediate Subsidiary | **100% owned by CEC Renewable Assets, LLC** | Holding company for solar project development activities and companies |
| CEC Renewable Assets, LLC | Intermediate Subsidiary | **100% ownership** | Holding company for solar project development activities and companies |
| CEC Development Borrower, LLC | Intermediate Subsidiary | **100% owned by CEC Renewable Assets Development, LLC** | Holding company for solar project development activities and companies |
| CEC SOLAR # 1101 LLC | Project Company | **100% ownership** | No assets or liabilities in LLC or activity |
| CEC SOLAR # 1135, LLC | Project Company | **100% ownership** | No assets or liabilities in LLC or activity |
| CEC Solar #1020, LLC | Project Company | 99.84% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities in process of being sold to Town of Breckenridge. |
| CEC Solar #1021, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1022, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1023, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1024, LLC | Project Company | 80% direct ownership, 19% owned by Clean Energy Capital Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| CEC Solar #1025, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |

| | | | |
|---|---|---|---|
| CEC Solar #1026, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1027, LLC | Project Company | Owned by Alburgh Solar 1, LLC and 3rd party in a tax flip arrangement | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1034, LLC | Project Company | 99.01% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| CEC Solar #1035, LLC | Project Company | 99.01% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| CEC SOLAR #1036, LLC | Project Company | 99.01% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| CEC Solar #1037, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1038, LLC | Project Company | 99% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| CEC SOLAR #1042, LLC | Project Company | 99% ownership | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1044, LLC | Project Company | Owned by Alburgh Solar 1, LLC and 3rd party in a tax flip arrangement | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1060, LLC*DO NOT USE* New Project Acushnet MA 2 LLC | Project Company | 100% ownership | No assets or liabilities in LLC or activity |
| CEC Solar #1061, LLC | Project Company | 100% ownership | No assets or liabilities in LLC or activity |
| CEC Solar #1064, LLC | Project Company | 100% ownership | No assets or liabilities in LLC or activity |
| CEC SOLAR #1112, LLC | Project Company | 99% ownership | Operating solar array LLC - a blend of solar panels owned by customers and the LLC in this array.  LLC generates recurring revenue from owned panels. Bank debt exists on LLC. |
| CEC SOLAR #1113, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |
| CEC Solar #1116 LLC | Project Company | 100% ownership | No assets or liabilities in LLC or activity |
| CEC Solar Fund 1, LLC | Intermediate Subsidiary | Owned by Clean Energy Capital Fund 1, LLC and 3rd party in a tax flip arrangement | Holding company for interest held in eight solar operating LLCs. |
| CEC SOLAR FUND 2, LLC | Intermediate Subsidiary | 100% ownership | No assets or liabilities in LLC or activity |
| CEC Solar Fund 3 LLC | Intermediate Subsidiary | 100% ownership | No assets or liabilities in LLC or activity |
| CEC SOLAR FUND 4 LLC | CEC Wholly Owned | 100% ownership | No assets or liabilities in LLC or activity |
| CEC Solar Holdings DE, LLC | HoldCo | 100% ownership | No assets or liabilities in LLC or activity |
| CEC Solar Holdings MA, LLC | CEC Wholly Owned | 100% ownership | No assets or liabilities in LLC or activity |
| Cheshire MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Clarksburg MA 2, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |

| | | | |
|---|---|---|---|
| Clean Energy Capital Fund 5, LLC | Intermediate Subsidiary | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity, final return filed 2019 |
| Clean Energy Capital Fund I, LLC | Intermediate Subsidiary | 95% ownership | Holding company owning interest in operating solar array LLCs and CEC Solar Fund 1, LLC (Tax Flip transaction) |
| Clean Energy Capital Partners I LLC | CEC Wholly Owned | 100% ownership | No assets or liabilities in LLC or activity |
| Clean Energy Capital, LLC | CEC Wholly Owned | 100% ownership | No assets or liabilities in LLC or activity |
| Clean Energy Collective Deposit Trust | CEC Wholly Owned | 100% ownership | Trust for collections for subscribers of customers |
| Clean Energy Collective, LLC | Corporate | | |
| Clean Energy Community Holdco 1, LLC | HoldCo | 100% ownership | Holding company that held 100% ownership of selected LLCs that held leases, contracts, permits for projects under development. The company has no remaining assets or projects LLCs under development. |
| Clear Solar1, LLC | Project Company | 79.2% ownership | Operating solar array LLC - solar panels owned by customers in array. |
| COMMUNITY SOLAR FINANCE HOLDINGS I LLC | Intermediate Subsidiary | Owned by Community Solar Parent 1, LLC, Community Solar Parent 1, LLC was sold in 2019 | Holding company for interest held in operating solar operating LLCs. |
| COMMUNITY SOLAR FINANCE HOLDINGS II LLC | Intermediate Subsidiary | Owned by Community Solar Parent 1, LLC, Community Solar Parent 1, LLC was sold in 2019 | Holding company for interest held in operating solar operating LLCs. |
| Community Solar Platform LLC | CEC Wholly Owned | Sold in 2020 | Owned software platform |
| Critical Mass LLC | Intermediate Subsidiary | 100% ownership | No assets or liabilities in LLC or activity |
| CS Solar1 LLC | Project Company | 99.32% ownership | Operating solar array LLC - solar panels owned by customers in array. Bank debt exists on LLC. |
| Deer Park NY 1 LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Dighton MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Douglas MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| East Bridgewater MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Energy Equipment Limited | CEC Wholly Owned | 100% ownership | Provided services to operating and maintenance services to operating solar LLCs. |
| Engie-CEC Community Solar Parent LLC | Intermediate Subsidiary | 50% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Exeter RI 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Fairhaven MA 3, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| FALL RIVER MA 1 LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| GC Solar1, LLC | Project Company | 80% direct ownership, 19% owned by Clean Energy Capital Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |

| | | | |
|---|---|---|---|
| GC Solar2, LLC | Project Company | 100% owned by CEC Solar Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. |
| GCASA II, LLC | Project Company | 80% direct ownership, 19% owned by Clean Energy Capital Fund 1, LLC | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| GCASA LLC | Project Company | 100% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| Greenville NY 2, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Group 1 Solar Holdings, LLC | Intermediate Subsidiary | **100% owned by CEC Renewable Assets, LLC** | No assets or liabilities in LLC or activity |
| Hubbardston MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| IRRV CEC LICENSED TECHNOLOGY TR FOR THE TR FACILITIES | CEC Wholly Owned | **100% ownership** | Entity holding funds on deposit |
| Lake Solar 1, LLC | Project Company | 99% ownership | Operating solar array LLC - solar panels owned by customers in array. |
| Lisbon NH 1 LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Mesa Solar1, LLC | Project Company | 99.85% ownership | Operating solar array LLC - solar panels owned by customers in array. |
| Millville MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| MVSA, LLC | Project Company | 100% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| Northfield MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Orange CEC MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Plympton MA 2, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Project Acushnet MA 2, LLC | Project Company | Sold to Con Edison | |
| Project Charlton MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Project Salisbury MD 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| PV Solar1, LLC | Project Company | 79.2% ownership | Operating solar array LLC - solar panels owned by customers in array. |
| Renewable Holdings 1, LLC | Intermediate Subsidiary | 100% owned by Renewable Parent, LLC | Holding company |
| Renewable Parent, LLC | Intermediate Subsidiary | 100% owned by CEC Renewable Assets, LLC | Holding company |

| | | | |
|---|---|---|---|
| Renewable Sun LLC | Intermediate Subsidiary | 99% owned by Renewable Parent, LLC | Milestone payment due from Ameresco |
| Renewable Sun Management Co., LLC | Intermediate Subsidiary | 100% owned by Renewable Parent, LLC | Holding company |
| ROCHESTER MA 1 LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | Formed but never used |
| Rochester MA 3, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Rochester MA 5, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Sheffield MA 1, LLC | Project Company | Sold to Con Edison | |
| SMPA Solar1, LLC | Project Company | 99.8% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| Summit Solar1, LLC | Project Company | 97.98% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities in process of being sold to Town of Breckenridge. |
| Tolland MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Wareham MA 2, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Warren RI 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Washingtonville NY 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| WESTPORT MA 4 LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| WESTPORT MA 5 LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| WH Solar 1, LLC | Project Company | 99% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |
| Whately MA 1, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Whately MA 2, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Charleston NY 1, LLC | Project Company | Sold to Con Edison | |
| Williamsburg MA 2, LLC | Project Company | 100% owned by CEC Renewable Assets Development, LLC | No assets or liabilities in LLC or activity |
| Breck Solar1, LLC | Project Company | 99% ownership | Operating solar array LLC - solar panels owned by customers in array. |
| CEC SOLAR #1111, LLC | Project Company | 99% ownership | Operating solar array LLC - solar panels owned by customers in array. Selected project assets and liabilities sold to incumbent utility. |

| Debtor | **Clean Energy Collective, LLC** | | Case number *(If known)* **20-17543** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Lot 1 Bradley Solar Fil No. 1 - A portion of Section 10, Township 15 South, Range 66 West of the sixth principal meridian, El Paso County, Colorado** | Fee simple | $151,344.00 | | $155,771.00 |

**56.** **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $155,771.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| **71.** **Notes receivable** <br> Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** **Trusts, equitable or future interests in property** | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br> **Milestone Payments from Cypress Creek Renewables for Delivery - NGrid BLE Charlemont A Project (Amount is estimated)** | $493,385.80 |

| Debtor | **Clean Energy Collective, LLC** | Case number *(If known)* **20-17543** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Milestone Payments from Cypress Creek Renewables for MA - NStar Stellar Fairhaven E Project (Amount is estimated)** | | $252,327.95 |
| **Milestone Payments from Ameresco, Inc. for CT- ES Bloomfield A Project  (Amount is estimated)** | | $465,000.00 |
| **Milestone Payments from Navisun LLC for MA – NStar Rochester EF Project  (Amount is estimated)** | | $158,328.59 |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | $1,369,042.34 |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **Clean Energy Collective, LLC**
Name

Case number *(If known)*  **20-17543**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,299.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $328,242.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................>* | | $155,771.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,369,042.34 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,714,584.14 | + 91b. $155,771.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,870,355.14 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Clean Energy Collective, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **20-17543**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$724.70** | **$724.70** |

2.1 Priority creditor's name and mailing address
**Vermont Department of Taxes**
**133 State Street**
**Montpelier, VT 05602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$724.70**    Priority amount **$724.70**

Date or dates debt was incurred
**3/1/2020**

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

3.1 Nonpriority creditor's name and mailing address
**367 US Route 1, Inc.**
**198 Saco Avenue**
**Old Orchard Beach, ME 04064**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim **$8,550.00**

Date(s) debt was incurred **4/22/2020**

Basis for the claim: **Rent for Maine Office**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No ■ Yes

3.2 Nonpriority creditor's name and mailing address
**Alpine Environmental Consultants-James U**
**PO Box 145**
**Montgomery, NY 12549**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim **$262.80**

Date(s) debt was incurred **4/15/2019**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.3** Nonpriority creditor's name and mailing address
**Ameresco, Inc.**
**111 Speen Street, Suite 410**
**Framingham, MA 01701**

Date(s) debt was incurred ____

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,000,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Sale price adjustment related to sales out of Clean Energy Holdco 1, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**Ameresco, Inc.**
**111 Speen Street, Suite 410**
**Framingham, MA 01701**

Date(s) debt was incurred  **8/1/2019**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*                    **$38,880.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice for services on sold projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**ANB Bank**
**3033 E. First Avenue**
**Operations Suite #200**
**Denver, CO 80206**

Date(s) debt was incurred  **4/15/2020**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*                    **$800,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
**ANB Bank**
**3033 E. First Avenue**
**Denver, CO 80206**

Date(s) debt was incurred  **7/23/2020**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CEC Trustee Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**ANB Bank**
**3033 E. First Avenue**
**Denver, CO 80206**

Date(s) debt was incurred ____

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*                    **$270,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CEC guaranteed debt for CEC Solar #1112, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**AT&T-CPS**
**PO Box 5011**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **10/25/2019**

Last 4 digits of account number  **3013**

As of the petition filing date, the claim is: *Check all that apply.*                    **$17,714.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **T1 service to project site - contract may be in CEC name**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
**Baker and Hostetler LLP**
**PO Box 70189**
**Cleveland, OH 44190**

Date(s) debt was incurred  **2/17/2020**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,057.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Clean Energy Collective, LLC**                                    Case number (if known)   **20-17543**
_____
Name

---

**3.10**

Nonpriority creditor's name and mailing address
**Bart Rupert**
**1136 Nestling Court**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$5,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Tax Distribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11**

Nonpriority creditor's name and mailing address
**Black Coral Capital, LLC**
**110 West 7th Street, Suite 2000**
**Attn: Scott Rowland**
**Tulsa, OK 74119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$43,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Tax Distribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12**

Nonpriority creditor's name and mailing address
**Blue Fish**
**920 Dauphin Street**
**Mobile, AL 36604**

Date(s) debt was incurred  **2/14/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Development Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13**

Nonpriority creditor's name and mailing address
**Bonsai Communities, LLC**
**401 Tree Farm Drive**
**Carbondale, CO 81623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$60,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Tax Distribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**

Nonpriority creditor's name and mailing address
**Borrego Solar Systems, Inc.**
**1814 Franklin Street, Suite 700**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$771,748.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15**

Nonpriority creditor's name and mailing address
**Capital Business Systems Inc**
**PO Box 508**
**Cheyenne, WY 82003**

Date(s) debt was incurred  **2/19/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,282.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **copier maintenance contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
**Charter Communications**
**PO Box 60187**
**Los Angeles, CA 90060**

Date(s) debt was incurred  **8/1/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$59.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **internet Auburn and Maine offices**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.17**

Nonpriority creditor's name and mailing address
**Coalition for Community Solar Access**
**1380 Monroe Street, NW #721**
**Washington, DC 20010**

Date(s) debt was incurred  **3/4/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership Dues**

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.18**

Nonpriority creditor's name and mailing address
**Colorado Solar & Storage Association**
**1536 Wynkoop St Ste 104**
**Denver, CO 80202**

Date(s) debt was incurred  **2/27/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership Dues**

Is the claim subject to offset? ■ No ☐ Yes

**$5,745.00**

---

**3.19**

Nonpriority creditor's name and mailing address
**Comcast**
**PO Box 34744**
**Seattle, WA 98124**

Date(s) debt was incurred  **8/21/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Broadband for office plus cancel fee**

Is the claim subject to offset? ■ No ☐ Yes

**$2,520.31**

---

**3.20**

Nonpriority creditor's name and mailing address
**Commissioner of Taxation & Finance**
**328 State Street, Rm 331**
**Schenectady, NY 12305**

Date(s) debt was incurred  **7/23/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NY Work Comp**

Is the claim subject to offset? ■ No ☐ Yes

**$753.00**

---

**3.21**

Nonpriority creditor's name and mailing address
**Crayon Software Experts LLC**
**12221 Merit Drive, Suite 800**
**Dallas, TX 75251**

Date(s) debt was incurred  **2/26/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscription**

Is the claim subject to offset? ■ No ☐ Yes

**$944.00**

---

**3.22**

Nonpriority creditor's name and mailing address
**CV 363 Centennial Parkway, LLC**
**5291 East Yale Avenue**
**Denver, CO 80222**

Date(s) debt was incurred  **5/20/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for CO office**

Is the claim subject to offset? ■ No ☐ Yes

**$127,036.14**

---

**3.23**

Nonpriority creditor's name and mailing address
**David Marrs**
**0528 Larkspur Drive**
**Carbondale, CO 81623**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Tax Distrbiution**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

| | |
|---|---|
| Debtor | **Clean Energy Collective, LLC** |
| | Name |

Case number (if known) **20-17543**

---

**3.24** Nonpriority creditor's name and mailing address
**Dentons US LLP**
PO Box Dept 3078
Carol Stream, IL 60132

Date(s) debt was incurred **7/31/1010**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trademark filing fees**

Is the claim subject to offset? ■ No ☐ Yes

**$9,341.50**

---

**3.25** Nonpriority creditor's name and mailing address
**ECAD, Inc**
PO Box 51507
Midland, TX 79710

Date(s) debt was incurred **2/18/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software Subscription**

Is the claim subject to offset? ■ No ☐ Yes

**$2,150.00**

---

**3.26** Nonpriority creditor's name and mailing address
**Experian - Information Solutions, Inc.**
PO Box 881971
Los Angeles, CA 90088

Date(s) debt was incurred **7/23/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subscription**

Is the claim subject to offset? ■ No ☐ Yes

**$312.22**

---

**3.27** Nonpriority creditor's name and mailing address
**Exyte Energy f/k/a M+W Energy Inc**
1095 Morris Ave, Suite 102
Union, NJ 07083

Date(s) debt was incurred **6/26/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Project Costs**

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.28** Nonpriority creditor's name and mailing address
**FedEx**
PO Box 17212
Wilmington, DE 19850

Date(s) debt was incurred **6/25/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

**$702.17**

---

**3.29** Nonpriority creditor's name and mailing address
**First Solar Distributed Generation, LLC**
350 West Washington Street, Suite 600
Tempe, AZ 85281

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tax Distribution**

Is the claim subject to offset? ☐ No ☐ Yes

**$120,000.00**

---

**3.30** Nonpriority creditor's name and mailing address
**Fuse Energy**
12 Winding Way
PO Box 333
Groton, MA 01450

Date(s) debt was incurred **3/25/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Independent Sales Rep fees**

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

| Debtor | **Clean Energy Collective, LLC** | | Case number (if known) | **20-17543** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,567.59 |
|---|---|---|---|
| | **Goddard Consulting** <br> **291 Main Street** <br> **Suite 8** <br> **Northborough, MA 01532** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  5/12/2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $375,000.00 |
|---|---|---|---|
| | **Great Western Bank** <br> **225 S. Main Avenue** <br> **Sioux Falls, SD 57104** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  CEC guaranteed debt of CS Solar 1, LLC | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,897.14 |
|---|---|---|---|
| | **Great-West Trust Company LLC** <br> **PO Box 561148** <br> **Denver, CO 80256** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  10/22/2020 | Basis for the claim:  401K Quarterly Fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54,311.44 |
|---|---|---|---|
| | **Indexed I/O, CORP** <br> **3457 Ringsby Court, Suite 215** <br> **Denver, CO 80216** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  1/31/2020 | Basis for the claim:  Data Storage - Borrego case | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,821.36 |
|---|---|---|---|
| | **Infinisource Benefit Services** <br> **PO Box 889** <br> **Coldwater, MI 49036** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  8/25/2020 | Basis for the claim:  Service Fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $376.42 |
|---|---|---|---|
| | **Iron Mountain, Inc.** <br> **PO Box 915004** <br> **Dallas, TX 75391** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  2/29/2020 | Basis for the claim:  Shredding Service | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.54 |
|---|---|---|---|
| | **Jackson Lewis PC** <br> **PO Box 416019** <br> **Boston, MA 02241** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  4/14/2020 | Basis for the claim:  Legal Fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jerian Hunter**
**422 S Centerville Road**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2019

Basis for the claim:  **Project Costs**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.03** |
|---|---|---|---|

**LogMeIn Inc**
**PO Box 50264**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/19/2020

Basis for the claim:  **Software Subscription**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Marcum LLP**
**6685 Beta Dr**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/2020

Basis for the claim:  **Software audit fees for 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Maria Flores DBA Azores Cleaning**
**82 Wheatland Street**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2020

Basis for the claim:  **Cleaning MA office**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,167.98** |
|---|---|---|---|

**Masergy Cloud**
**PO Box 733939**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/17/2020

Basis for the claim:  **Telephone service provider**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Meltwater News US Inc**
**Dept LA 23721**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2020

Basis for the claim:  **Marketing subscription**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,389.16** |
|---|---|---|---|

**Microsoft Corporation**
**1950 N Stemmons Fwy**
**Suite 5010 LB 842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/13/2020

Basis for the claim:  **data storage fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239.79**

**Minnesota Revenue**
**Mail Station 1765**
**Saint Paul, MN 55115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/31/2020

Basis for the claim:  **tax and accounting**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,225.14**

**National Grid (Newark)**
**PO Box 11737**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/20/2020

Basis for the claim:  **MA office suplies**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**NEC Community Lender, LLC**
**Brandywine Plaza West**
**1521 Concord Pike (US 202), Suite 301**
**Wilmington, DE 19803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Tax Distribution**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,185.74**

**New York State Dept of Environment Conse**
**701 S Main Street**
**Northville, NY 12134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/18/2019

Basis for the claim:  **Authorization Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00**

**Northeast Clean Energy Council**
**250 Summer Street**
**5th Floor**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/14/2020

Basis for the claim:  **Membership Dues**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.80**

**Northwest Parkway**
**3701 Northwest Parkway**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/12/2020

Basis for the claim:  **Tolls**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00**

**NY SEIA**
**PO Box 1523**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2019

Basis for the claim:  **Membership Dues**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$503.00** |
|---|---|---|---|

**NYS Workers Compensation Board**
**328 State St, Rm 331**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/15/2020

Basis for the claim:  **Non Compliance Fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.20** |
|---|---|---|---|

**NYSIF Disability Benefits**
**PO Box 5239**
**New York, NY 10008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/20/2020

Basis for the claim:  **Disability Benefits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Outreach Corporation**
**333 Elliott Avenue W #500**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/27/2020

Basis for the claim:  **Annual Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,936.72** |
|---|---|---|---|

**Paino Associates, LLC**
**395 Totten Pond Road, Suite 304**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2020

Basis for the claim:  **MA office lease**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241,900.00** |
|---|---|---|---|

**Paul Spencer**
**5000 Bear Ridge Road**
**Basalt, CO 81621**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/2020

Basis for the claim:  **Severance - $82,400**
**Tax Distribution - $159,500**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Pinnacle Energy**
**PO Box 176**
**Jefferson, MA 01522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2020

Basis for the claim:  **Independent Sales Rep fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.05** |
|---|---|---|---|

**Pinnacle Investigations**
**920 N. Argonne Road, Suite 200**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2020

Basis for the claim:  **Background checks**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clean Energy Collective, LLC** | | Case number (if known) | **20-17543** |
|---|---|---|---|---|
| | Name | | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.25**
---|---|---|---

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred  __9/11/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Postage Meter__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60**

**Plante & Moran, PLLC**
16060 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred  __6/11/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __tax and accounting__

Is the claim subject to offset? ☒ No  ☐ Yes

**$14,510.50**

---

**3.61**

**Prime Engineering Inc**
PO Box 1088
Lakeville, MA 02347

Date(s) debt was incurred  __2/27/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☒ No  ☐ Yes

**$9,600.00**

---

**3.62**

**Quest Energy Solutions**
93 Stafford Street Ste 202
Worcester, MA 01603

Date(s) debt was incurred  __3/3/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Independent Sales Rep fees__

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,150.00**

---

**3.63**

**Ram Computer Supply Inc**
14901 East Hampden Avenue, Suite 315
Aurora, CO 80014

Date(s) debt was incurred  __2/4/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __IT Supplies__

Is the claim subject to offset? ☒ No  ☐ Yes

**$258.52**

---

**3.64**

**Ready ReFresh**
PO Box 856192
Louisville, KY 40285

Date(s) debt was incurred  __3/12/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __MA water subscription__

Is the claim subject to offset? ☒ No  ☐ Yes

**$71.00**

---

**3.65**

**Robert N. Thornton**
1166 Linda Ave
Ashland, OR 97520

Date(s) debt was incurred  __3/15/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consulting Fees__

Is the claim subject to offset? ☒ No  ☐ Yes

**$10,154.14**

---

| Debtor | **Clean Energy Collective, LLC** | Case number (if known) | **20-17543** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,500.25** |
|---|---|---|---|
| | **Roy W. Penny, Jr. PC**<br>**1129 E 17th Avenue**<br>**Denver, CO 80218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/31/2020** | Basis for the claim:  **Legal Fees** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,641.09** |
|---|---|---|---|
| | **SalesForce.com**<br>**PO Box 203141**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/31/2020** | Basis for the claim:  **Annual software subscription** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,925.00** |
|---|---|---|---|
| | **Sam Cunningham**<br>**319 S. Peak Road**<br>**Boulder, CO 80302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/31/2020** | Basis for the claim:  **Severance** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,125.00** |
|---|---|---|---|
| | **SEIA**<br>**1425 K Street N.W., Suite 1000**<br>**Suite 400**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/19/2020** | Basis for the claim:  **Membership dues** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|
| | **Single Source Energy Solutions, Inc**<br>**7 Bay Cliff Circle**<br>**Plymouth, MA 02360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/19/2020** | Basis for the claim:  **Independent Sales Rep fees** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,005.90** |
|---|---|---|---|
| | **Solar Power Financial**<br>**30 S. 31st Street**<br>**Boulder, CO 80305** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  **11/4/2020** | Basis for the claim:  **Project Origination Fee** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230.00** |
|---|---|---|---|
| | **Some Like It Green**<br>**8773 West Iliff Lane**<br>**Denver, CO 80227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/1/2020** | Basis for the claim:  **CO office plant care** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor   **Clean Energy Collective, LLC**                                   Case number (if known)   **20-17543**
_____
Name

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Source Office & Technology**<br>**13350 West 43rd Drive**<br>**Golden, CO 80403**<br><br>Date(s) debt was incurred  **3/2/2020**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Office Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$367.70** |

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Survey Monkey**<br>**One Curiosity Way**<br>**San Mateo, CA 94403**<br><br>Date(s) debt was incurred  **11/7/2017**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Subscription**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27.00** |

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Taylored Feats Inc.**<br>**7439 Ivy Hills Place, #201**<br>**Cincinnati, OH 45244**<br><br>Date(s) debt was incurred  **2/16/2020**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Consulting fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,000.00** |

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**The Energy Executives, LLC**<br>**1028 Boulevard Suite 301**<br>**West Hartford, CT 06119**<br><br>Date(s) debt was incurred  **1/9/2020**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Membership Dues**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**The Matt Group Ltd.**<br>**525 East 72nd Street, Apartment 14i**<br>**New York, NY 10021**<br><br>Date(s) debt was incurred  **4/25/2019**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Project Origination Fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$183,308.41** |

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Thomson Reuters-West**<br>**PO Box 6292**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **2/1/2020**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Legal research library**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,527.42** |

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Time Warner Cable (Spectrum)**<br>**PO Box 4617**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **7/2/2020**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **ME office broadband**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$71.46** |

| Debtor | **Clean Energy Collective, LLC** | Case number (*if known*) | **20-17543** |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,393.18** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred  10/31/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **telephone service provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,160.84** |
|---|---|---|---|

**Willis of North Carolina Inc.**
**29754 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  6/30/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,500.00** |
|---|---|---|---|

**Willis Towers Watson Southeast, Inc.**
**29982 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  1/30/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **724.70** |
| 5b. Total claims from Part 2 | 5b.  + | $ | **6,851,654.81** |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | **6,852,379.51** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clean Energy Collective, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **20-17543** |

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 18, 2021**    X _____
Signature of individual signing on behalf of debtor

**Thomas M. Jannsen**
Printed name

**CEO and CFO**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**