| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clean Energy Collective, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **20-17543** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/11/2021      x  **/s/ Thomas M. Jannsen**
                               Signature of individual signing on behalf of debtor

                               **Thomas M. Jannsen**
                               Printed name

                               **CEO and CFO**
                               Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clean Energy Collective, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 20-17543 |

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................  $ **155,771.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $ **1,714,584.14**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................  $ **1,870,355.14**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................  $ **33,464,508.28**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ **724.70**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **6,947,889.66**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b    $ **40,413,122.64**

**Fill in this information to identify the case:**

Debtor name: **Clean Energy Collective, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **20-17543**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Vermont Department of Taxes**
**133 State Street**
**Montpelier, VT 05602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$724.70**   Priority amount: **$724.70**

Date or dates debt was incurred **3/1/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**367 US Route 1, Inc.**
**198 Saco Avenue**
**Old Orchard Beach, ME 04064**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$8,550.00**

Date(s) debt was incurred **4/22/2020**
Last 4 digits of account number ___

Basis for the claim: **Rent for Maine Office**

Is the claim subject to offset?  ☐ No  ■ Yes

**3.2** Nonpriority creditor's name and mailing address
**Alpine Environmental Consultants-James U**
**PO Box 145**
**Montgomery, NY 12549**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$262.80**

Date(s) debt was incurred **4/15/2019**
Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Clean Energy Collective, LLC**  Case number (if known) **20-17543**
Name

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ameresco, Inc.**<br>**111 Speen Street, Suite 410**<br>**Framingham, MA 01701**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Sale price adjustment related to sales out of Clean Energy Holdco 1, LLC**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,000,000.00 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Ameresco, Inc.**<br>**111 Speen Street, Suite 410**<br>**Framingham, MA 01701**<br>Date(s) debt was incurred **8/1/2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Invoice for services on sold projects**<br>Is the claim subject to offset? ■ No ☐ Yes | $38,880.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ANB Bank**<br>**3033 E. First Avenue**<br>**Operations Suite #200**<br>**Denver, CO 80206**<br>Date(s) debt was incurred **4/15/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **PPP Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $800,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**ANB Bank**<br>**3033 E. First Avenue**<br>**Denver, CO 80206**<br>Date(s) debt was incurred **7/23/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **CEC Trustee Fee**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,000.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**ANB Bank**<br>**3033 E. First Avenue**<br>**Denver, CO 80206**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **CEC guaranteed debt for CEC Solar #1112, LLC**<br>Is the claim subject to offset? ■ No ☐ Yes | $270,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**AT&T-CPS**<br>**PO Box 5011**<br>**Carol Stream, IL 60197**<br>Date(s) debt was incurred **10/25/2019**<br>Last 4 digits of account number **3013** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **T1 service to project site - contract may be in CEC name**<br>Is the claim subject to offset? ■ No ☐ Yes | $17,714.67 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Baker and Hostetler LLP**<br>**PO Box 70189**<br>**Cleveland, OH 44190**<br>Date(s) debt was incurred **2/17/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Legal Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $7,057.05 |

| Debtor | Clean Energy Collective, LLC | Case number (if known) | 20-17543 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Bart Rupert<br>1136 Nestling Court<br>Gulf Breeze, FL 32563<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Tax Distribution<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $5,000.00 |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Black Coral Capital, LLC<br>110 West 7th Street, Suite 2000<br>Attn: Scott Rowland<br>Tulsa, OK 74119<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Tax Distribution<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $43,000.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Blue Fish<br>920 Dauphin Street<br>Mobile, AL 36604<br><br>Date(s) debt was incurred  2/14/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Software Development Fees<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $10,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Bonsai Communities, LLC<br>401 Tree Farm Drive<br>Carbondale, CO 81623<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Tax Distribution<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $60,000.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Borrego Solar Systems, Inc.<br>1814 Franklin Street, Suite 700<br>Oakland, CA 94612<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Judgment<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $771,748.29 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Capital Business Systems Inc<br>PO Box 508<br>Cheyenne, WY 82003<br><br>Date(s) debt was incurred  2/19/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** copier maintenance contract<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $2,282.90 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>CenturyLink Communications LLC<br>PO Box 4918<br>Monroe, LA 71211<br><br>Date(s) debt was incurred  August -November 2020<br>Last 4 digits of account number  2174 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Internet/Data Services<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $2,228.85 |

Debtor **Clean Energy Collective, LLC**
Name

Case number (if known) **20-17543**

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Charter Communications**<br>PO Box 60187<br>Los Angeles, CA 90060<br>Date(s) debt was incurred  **8/1/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.   $59.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **internet Auburn and Maine offices**<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Coalition for Community Solar Access**<br>1380 Monroe Street, NW #721<br>Washington, DC 20010<br>Date(s) debt was incurred  **3/4/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.   $35,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Membership Dues**<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Colorado Solar & Storage Association**<br>1536 Wynkoop St Ste 104<br>Denver, CO 80202<br>Date(s) debt was incurred  **2/27/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.   $5,745.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Membership Dues**<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>PO Box 34744<br>Seattle, WA 98124<br>Date(s) debt was incurred  **8/21/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.   $2,520.31<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Broadband for office plus cancel fee**<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Commissioner of Taxation & Finance**<br>328 State Street, Rm 331<br>Schenectady, NY 12305<br>Date(s) debt was incurred  **7/23/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.   $753.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **NY Work Comp**<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Crayon Software Experts LLC**<br>12221 Merit Drive, Suite 800<br>Dallas, TX 75251<br>Date(s) debt was incurred  **2/26/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.   $944.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Software Subscription**<br>Is the claim subject to offset?  ■ No   ☐ Yes |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**CV 363 Centennial Parkway, LLC**<br>5291 East Yale Avenue<br>Denver, CO 80222<br>Date(s) debt was incurred  **5/20/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.   $127,036.14<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Rent for CO office**<br>Is the claim subject to offset?  ■ No   ☐ Yes |

Debtor **Clean Energy Collective, LLC**  
Name

Case number (if known) **20-17543**

---

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**David Marrs**<br>**0528 Larkspur Drive**<br>**Carbondale, CO 81623** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$10,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Tax Distrbiution**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Dentons US LLP**<br>**PO Box Dept 3078**<br>**Carol Stream, IL 60132** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,341.50** |
|---|---|---|---|
| | Date(s) debt was incurred **7/31/1010**<br>Last 4 digits of account number __ | Basis for the claim: **Trademark filing fees**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**ECAD, Inc**<br>**PO Box 51507**<br>**Midland, TX 79710** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,150.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2/18/2020**<br>Last 4 digits of account number __ | Basis for the claim: **Software Subscription**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Experian - Information Solutions, Inc.**<br>**PO Box 881971**<br>**Los Angeles, CA 90088** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$312.22** |
|---|---|---|---|
| | Date(s) debt was incurred **7/23/2020**<br>Last 4 digits of account number __ | Basis for the claim: **Subscription**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Exyte Energy f/k/a M+W Energy Inc**<br>**1095 Morris Ave, Suite 102**<br>**Union, NJ 07083** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred **6/26/2018**<br>Last 4 digits of account number __ | Basis for the claim: **Project Costs**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**PO Box 17212**<br>**Wilmington, DE 19850** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$702.17** |
|---|---|---|---|
| | Date(s) debt was incurred **6/25/2020**<br>Last 4 digits of account number __ | Basis for the claim: **Shipping**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**First Solar Distributed Generation, LLC**<br>**350 West Washington Street, Suite 600**<br>**Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$120,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Tax Distribution**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Clean Energy Collective, LLC**                                  Case number (if known) **20-17543**
              Name

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Fuse Energy**<br>**12 Winding Way**<br>**PO Box 333**<br>**Groton, MA 01450**<br><br>Date(s) debt was incurred **3/25/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Independent Sales Rep fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$8,000.00** |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Goddard Consulting**<br>**291 Main Street**<br>**Suite 8**<br>**Northborough, MA 01532**<br><br>Date(s) debt was incurred **5/12/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,567.59** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Great Western Bank**<br>**225 S. Main Avenue**<br>**Sioux Falls, SD 57104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **CEC guaranteed debt of CS Solar 1, LLC**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$375,000.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Great-West Trust Company LLC**<br>**PO Box 561148**<br>**Denver, CO 80256**<br><br>Date(s) debt was incurred **10/22/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **401K Quarterly Fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,897.14** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Indexed I/O, CORP**<br>**3457 Ringsby Court, Suite 215**<br>**Denver, CO 80216**<br><br>Date(s) debt was incurred **1/31/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Data Storage - Borrego case**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$54,311.44** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Infinisource Benefit Services**<br>**PO Box 889**<br>**Coldwater, MI 49036**<br><br>Date(s) debt was incurred **8/25/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Service Fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,821.36** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Iron Mountain, Inc.**<br>**PO Box 915004**<br>**Dallas, TX 75391**<br><br>Date(s) debt was incurred **2/29/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Shredding Service**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$376.42** |

Debtor **Clean Energy Collective, LLC**  
Name

Case number (if known) **20-17543**

| | | |
|---|---|---|
| **3.38** | **Nonpriority creditor's name and mailing address**<br>**Jackson Lewis PC**<br>**PO Box 416019**<br>**Boston, MA 02241**<br><br>Date(s) debt was incurred **4/14/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,150.54** |
| **3.39** | **Nonpriority creditor's name and mailing address**<br>**Jerian Hunter**<br>**422 S Centerville Road**<br>**Middletown, NY 10940**<br><br>Date(s) debt was incurred **1/3/2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Project Costs**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| **3.40** | **Nonpriority creditor's name and mailing address**<br>**LogMeIn Inc**<br>**PO Box 50264**<br>**Los Angeles, CA 90074**<br><br>Date(s) debt was incurred **3/19/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Software Subscription**<br>Is the claim subject to offset? ■ No ☐ Yes | **$72.03** |
| **3.41** | **Nonpriority creditor's name and mailing address**<br>**Marcum LLP**<br>**6685 Beta Dr**<br>**Cleveland, OH 44143**<br><br>Date(s) debt was incurred **2/29/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Software audit fees for 2019**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,000.00** |
| **3.42** | **Nonpriority creditor's name and mailing address**<br>**Maria Flores DBA Azores Cleaning**<br>**82 Wheatland Street**<br>**Somerville, MA 02145**<br><br>Date(s) debt was incurred **3/1/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Cleaning MA office**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,600.00** |
| **3.43** | **Nonpriority creditor's name and mailing address**<br>**Masergy Cloud**<br>**PO Box 733939**<br>**Dallas, TX 75373**<br><br>Date(s) debt was incurred **3/17/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Telephone service provider**<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,167.98** |
| **3.44** | **Nonpriority creditor's name and mailing address**<br>**Meltwater News US Inc**<br>**Dept LA 23721**<br>**Pasadena, CA 91185**<br><br>Date(s) debt was incurred **3/11/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing subscription**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,250.00** |

Debtor **Clean Energy Collective, LLC**  Case number (if known) **20-17543**
        Name

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Microsoft Corporation**<br>**1950 N Stemmons Fwy**<br>**Suite 5010 LB 842467**<br>**Dallas, TX 75207**<br><br>Date(s) debt was incurred **6/13/2020**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **data storage fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,389.16 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Minnesota Revenue**<br>**Mail Station 1765**<br>**Saint Paul, MN 55145**<br><br>Date(s) debt was incurred **10/31/2020**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **tax and accounting**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $239.79 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**National Grid (Newark)**<br>**PO Box 11737**<br>**Newark, NJ 07101**<br><br>Date(s) debt was incurred **2/20/2020**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **MA office suplies**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,225.14 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**NEC Community Lender, LLC**<br>**Brandywine Plaza West**<br>**1521 Concord Pike (US 202), Suite 301**<br>**Wilmington, DE 19803**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Tax Distribution**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $7,500.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**New York State Dept of Environment Conse**<br>**701 S Main Street**<br>**Northville, NY 12134**<br><br>Date(s) debt was incurred **11/18/2019**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Authorization Fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,185.74 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Northeast Clean Energy Council**<br>**250 Summer Street**<br>**5th Floor**<br>**Boston, MA 02210**<br><br>Date(s) debt was incurred **1/14/2020**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Membership Dues**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,200.00 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Northwest Parkway**<br>**3701 Northwest Parkway**<br>**Broomfield, CO 80023**<br><br>Date(s) debt was incurred **7/12/2020**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Tolls**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $7.80 |

Debtor **Clean Energy Collective, LLC**  Case number (if known) **20-17543**
         Name

| 3.52 | **Nonpriority creditor's name and mailing address**<br>**NY SEIA**<br>**PO Box 1523**<br>**Long Island City, NY 11101**<br>Date(s) debt was incurred **12/19/2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Membership Dues**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $3,250.00 |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**NYS Workers Compensation Board**<br>**328 State St, Rm 331**<br>**Schenectady, NY 12305**<br>Date(s) debt was incurred **10/15/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Non Compliance Fee**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $503.00 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**NYSIF Disability Benefits**<br>**PO Box 5239**<br>**New York, NY 10008**<br>Date(s) debt was incurred **10/20/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Disability Benefits**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $216.20 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Outreach Corporation**<br>**333 Elliott Avenue W #500**<br>**Seattle, WA 98119**<br>Date(s) debt was incurred **3/27/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Annual Fees**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $1,200.00 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Paino Associates, LLC**<br>**395 Totten Pond Road, Suite 304**<br>**Wellesley Hills, MA 02481**<br>Date(s) debt was incurred **4/1/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **MA office lease**<br>Is the claim subject to offset?   ☐ No   ■ Yes | $37,936.72 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Paul Spencer**<br>**5000 Bear Ridge Road**<br>**Basalt, CO 81621**<br>Date(s) debt was incurred **3/31/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Severance - $82,400**<br>**Tax Distribution - $159,500**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $241,900.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Pinnacle Energy**<br>**PO Box 176**<br>**Jefferson, MA 01522**<br>Date(s) debt was incurred **3/2/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Independent Sales Rep fees**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $2,250.00 |

Debtor **Clean Energy Collective, LLC**                                         Case number (if known) **20-17543**

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Pinnacle Investigations**<br>**920 N. Argonne Road, Suite 200**<br>**Spokane, WA 99212**<br>Date(s) debt was incurred **3/1/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Background checks**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$47.05** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250**<br>Date(s) debt was incurred **9/11/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Postage Meter**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$303.25** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Plante & Moran, PLLC**<br>**16060 Collections Center Drive**<br>**Chicago, IL 60693**<br>Date(s) debt was incurred **6/11/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **tax and accounting**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$14,510.50** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Prime Engineering Inc**<br>**PO Box 1088**<br>**Lakeville, MA 02347**<br>Date(s) debt was incurred **2/27/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$9,600.00** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**PV Pros, Inc.**<br>**5 Marine View Plaza**<br>**Suite 301**<br>**Hoboken, NJ 07030**<br>Date(s) debt was incurred **2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Maintenance services on solar arrays**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$94,006.00** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Quest Energy Solutions**<br>**93 Stafford Street Ste 202**<br>**Worcester, MA 01603**<br>Date(s) debt was incurred **3/3/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Independent Sales Rep fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,150.00** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Ram Computer Supply Inc**<br>**14901 East Hampden Avenue, Suite 315**<br>**Aurora, CO 80014**<br>Date(s) debt was incurred **2/4/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **IT Supplies**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$258.52** |

Debtor **Clean Energy Collective, LLC**  
<sub>Name</sub>

Case number (if known) **20-17543**

---

| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Ready ReFresh**<br>**PO Box 856192**<br>**Louisville, KY 40285**<br><br>Date(s) debt was incurred **3/12/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **MA water subscription**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$71.00** |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Robert N. Thornton**<br>**1166 Linda Ave**<br>**Ashland, OR 97520**<br><br>Date(s) debt was incurred **3/15/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Consulting Fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,154.14** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Roy W. Penny, Jr. PC**<br>**1129 E 17th Avenue**<br>**Denver, CO 80218**<br><br>Date(s) debt was incurred **1/31/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal Fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$13,500.25** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**SalesForce.com**<br>**PO Box 203141**<br>**Dallas, TX 75320**<br><br>Date(s) debt was incurred **10/31/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Annual software subscription**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$35,641.09** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Sam Cunningham**<br>**319 S. Peak Road**<br>**Boulder, CO 80302**<br><br>Date(s) debt was incurred **3/31/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Severance**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$65,925.00** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**SEIA**<br>**1425 K Street N.W., Suite 1000**<br>**Suite 400**<br>**Washington, DC 20005**<br><br>Date(s) debt was incurred **4/19/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Membership dues**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$43,125.00** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Single Source Energy Solutions, Inc**<br>**7 Bay Cliff Circle**<br>**Plymouth, MA 02360**<br><br>Date(s) debt was incurred **2/19/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Independent Sales Rep fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$7,500.00** |

Debtor **Clean Energy Collective, LLC**  
Name

Case number (if known) **20-17543**

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Solar Power Financial**<br>**30 S. 31st Street**<br>**Boulder, CO 80305**<br>Date(s) debt was incurred  **11/4/2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Project Origination Fee**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $14,005.90 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Some Like It Green**<br>**8773 West Iliff Lane**<br>**Denver, CO 80227**<br>Date(s) debt was incurred  **4/1/2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **CO office plant care**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $230.00 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Source Office & Technology**<br>**13350 West 43rd Drive**<br>**Golden, CO 80403**<br>Date(s) debt was incurred  **3/2/2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Office Supplies**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $367.70 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Survey Monkey**<br>**One Curiosity Way**<br>**San Mateo, CA 94403**<br>Date(s) debt was incurred  **11/7/2017**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Subscription**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $27.00 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Taylored Feats Inc.**<br>**7439 Ivy Hills Place, #201**<br>**Cincinnati, OH 45244**<br>Date(s) debt was incurred  **2/16/2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Consulting fees**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $6,000.00 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**The Energy Executives, LLC**<br>**1028 Boulevard Suite 301**<br>**West Hartford, CT 06119**<br>Date(s) debt was incurred  **1/9/2020**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Membership Dues**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,000.00 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**The Matt Group Ltd.**<br>**525 East 72nd Street, Apartment 14i**<br>**New York, NY 10021**<br>Date(s) debt was incurred  **4/25/2019**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Project Origination Fees**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $183,308.41 |

| Debtor | Clean Energy Collective, LLC | Case number (if known) | 20-17543 |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Thomson Reuters-West**<br>**PO Box 6292**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **2/1/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Legal research library**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$22,527.42** |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Time Warner Cable (Spectrum)**<br>**PO Box 4617**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **7/2/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **ME office broadband**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$71.46** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108**<br><br>Date(s) debt was incurred  **10/31/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **telephone service provider**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,393.18** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Willis of North Carolina Inc.**<br>**29754 Network Place**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred  **6/30/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$16,160.84** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Willis Towers Watson Southeast, Inc.**<br>**29982 Network Place**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred  **1/30/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$52,500.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 724.70 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 6,947,889.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 6,948,614.36 |